# EXHIBIT A

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**Reg. No. 2,085,489**

**United States Patent and Trademark Office**  Registered Aug. 5, 1997

## SERVICE MARK
## PRINCIPAL REGISTER

## SEA SHEPHERD

SEA SHEPHERD CONSERVATION SOCIETY (OREGON NON-PROFIT CORPORATION)
3107A WASHINGTON BOULEVARD
MARINA DEL REY, CA 90292

FOR: RESEARCH AND CONSULTATION SERVICES IN THE FIELD OF MARINE WILD LIFE CONSERVATION; AND PROMOTING THE PUBLIC AWARENESS OF THE NEED FOR MARINE WILDLIFE CONSERVATION, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-1-1985; IN COMMERCE 4-1-1985.

SER. NO. 75-064,570, FILED 2-28-1996.

D. SANOK, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**  Reg. No. 2,050,859
Registered Apr. 8, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## SEA SHEPHERD

SEA SHEPHERD CONSERVATION SOCIETY (OREGON NONPROFIT CORPORATION)
3107A WASHINGTON BOULEVARD
MARINA DEL REY, CA 90292

FOR: CLOTHING, NAMELY, SHIRTS, TANK TOPS, SCARVES, CAPS, GLOVES, SHOES, SOCKS, UNDERWEAR, SLEEPWEAR, PANTS, SKIRTS, BELTS AND VESTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-1985; IN COMMERCE 4-1-1985.

SER. NO. 75-100,811, FILED 5-8-1996.

D. SANOK, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,035,523
Registered Feb. 4, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## SEA SHEPHERD

SEA SHEPHERD CONSERVATION SOCIETY (OREGON NONPROFIT CORPORATION)
3107A WASHINGTON BOULEVARD
MARINA DEL REY, CA 90292

FOR: PRINTED MATERIALS, NAMELY, NEWSLETTERS, MAGAZINES, AND CATALOGUES FEATURING INFORMATION ON MARINE LIFE CONSERVATION AND BUMPER STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-1-1985; IN COMMERCE 4-1-1985.

SER. NO. 75-064,555, FILED 2-28-1996.

D. SANOK, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,011,375**  SEA SHEPHERD CONSERVATION SOCIETY (OREGON NON-PROFIT CORPORATION)
P.O. BOX 2616
**Registered Aug. 16, 2011** FRIDAY HARBOR, WA 98250

**Int. Cls.: 14, 16, 21, 24,** FOR: JEWELRY, NAMELY, NECKLACES, BRACELETS, EARRINGS, AND CHARMS, IN
**25, 26, 28, 35, 41 and 42** CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 9-1-2008; IN COMMERCE 9-1-2008

**TRADEMARK**

FOR: PRINTED MATERIALS, NAMELY, NEWSLETTERS, MAGAZINES, AND CATALOGUES
**SERVICE MARK** FEATURING INFORMATION ON MARINE LIFE CONSERVATION; BUMPER STICKERS,
STICKERS, NOTECARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

**PRINCIPAL REGISTER**

FIRST USE 7-1-2007; IN COMMERCE 7-1-2007.

FOR: METAL WATER BOTTLES SOLD EMPTY, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 9-1-2008; IN COMMERCE 9-1-2008.

FOR: BANNER AND FLAGS OF TEXTILE, FABRIC, AND CLOTH, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 9-1-2008; IN COMMERCE 9-1-2008.

FOR: CLOTHING, NAMELY, SHIRTS, BALL CAPS, HATS, AND SWEAT SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-1-2007; IN COMMERCE 7-1-2007.

FOR: ORNAMENTAL PATCHES FOR CLOTHING, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).



FIRST USE 9-1-2008; IN COMMERCE 9-1-2008.

FOR: SURFBOARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

Director of the United States Patent and Trademark Office

**Reg. No. 4,011,375** FIRST USE 9-1-2008; IN COMMERCE 9-1-2008.

FOR: PROMOTING THE PUBLIC AWARENESS OF THE NEED FOR ENVIRONMENTAL PRESERVATION, NAMELY, THE PROTECTION OF MARINE ANIMALS, THE PROTECTION OF ENDANGERED SPECIES OF MARINE LIFE; AND PROMOTING THE PUBLIC AWARENESS OF THE NEED FOR MARINE WILDLIFE CONSERVATION, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-1-2008; IN COMMERCE 9-1-2008.

FOR: EDUCATIONAL SERVICES, NAMELY, ARRANGING AND CONDUCTING OF EDUCATIONAL CONGRESSES, SEMINARS, EDUCATIONAL PERFORMANCES IN THE NATURE OF LIVE READINGS, AND EDUCATIONAL EXHIBITIONS ALL DEALING WITH THE ENVIRONMENT AND ENVIRONMENTAL ISSUES; NEWS REPORTING SERVICES, NAMELY, PROVIDING CURRENT NEWS CONTENT THROUGH PHOTOGRAPHIC, FILM AND VIDEO REPORTS; PROVIDING OF TRAINING, NAMELY, SUMMER COURSES AND PROGRAMS FOR COLLEGE STUDENTS IN THE FIELD OF ENVIRONMENTAL AWARENESS AND PROTECTION AND COURSE MATERIALS DISTRIBUTED THEREWITH IN THE NATURE OF BOOKS, NEWSPAPERS, MAGAZINES, CD-ROM'S, VIDEO-FILMS AND OTHER PUBLICATIONS ALL DEALING WITH ENVIRONMENTAL ISSUES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-1-2008; IN COMMERCE 9-1-2008.

FOR: SCIENTIFIC RESEARCH IN THE FIELD OF MARINE WILD LIFE CONSERVATION AND CONSULTATION IN THE FIELD OF SCIENTIFIC RESEARCH PERTAINING TO MARINE WILD LIFE CONSERVATION, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 9-1-2008; IN COMMERCE 9-1-2008.

OWNER OF U.S. REG. NOS. 2,035,523, 2,085,489 AND OTHERS.

THE MARK CONSISTS OF A JOLLY ROGER DESIGN WITH A WHALE AND DOLPHIN ON THE SKULL AND A SHEPHERD'S CANE AND TRIDENT AS THE CROSS BONES. UNDERNEATH THE DESIGN IS THE WORDING "SEA SHEPHERD".

SER. NO. 85-126,416, FILED 9-9-2010.

COLLEEN KEARNEY, EXAMINING ATTORNEY

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,050,858
Registered Apr. 8, 1997

## TRADEMARK
### PRINCIPAL REGISTER



SEA SHEPHERD CONSERVATION SOCIETY (OREGON NONPROFIT CORPORATION)
3107A WASHINGTON BOULEVARD
MARINA DEL REY, CA 90292

FOR: CLOTHING, NAMELY, SHIRTS, TANK TOPS, SCARVES, CAPS, GLOVES, SHOES, SOCKS, UNDERWEAR, SLEEPWEAR, PANTS, SKIRTS, BELTS AND VESTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-1985; IN COMMERCE 4-1-1985.

SER. NO. 75-100,810, FILED 5-8-1996.

D. SANOK, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,035,524

**United States Patent and Trademark Office**  Registered Feb. 4, 1997

## TRADEMARK
## PRINCIPAL REGISTER



SEA SHEPHERD CONSERVATION SOCIETY (OREGON NON-PROFIT CORPORATION)
3107A WASHINGTON BOULEVARD
MARINA DE REY, CA 90292

FOR: PRINTED MATERIALS, NAMELY, NEWSLETTERS, MAGAZINES, AND CATALOGUES FEATURING INFORMATION ON MARINE LIFE CONSERVATION AND BUMPER STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-1-1985; IN COMMERCE 4-1-1985.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CONSERVATION SOCIETY", APART FROM THE MARK AS SHOWN.

SER. NO. 75-064,560, FILED 2-28-1996.

D. SANOK, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,092,665
Registered Sep. 2, 1997

## SERVICE MARK
## PRINCIPAL REGISTER



SEA SHEPHERD CONSERVATION SOCIETY (OREGON NON-PROFIT CORPORATION)
3107A WASHINGTON BOULEVARD
MARINA DEL REY, CA 90292

FOR: RESEARCH AND CONSULTATION SERVICES IN THE FIELD OF MARINE WILD LIFE CONSERVATION; AND PROMOTING THE PUBLIC AWARENESS OF THE NEED FOR MARINE WILDLIFE CONSERVATION, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-1-1985; IN COMMERCE 4-1-1985.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CONSERVATION SOCIETY", APART FROM THE MARK AS SHOWN.

SER. NO. 75-064,551, FILED 2-28-1996.

D. SANOK, EXAMINING ATTORNEY

Int. Cl.: **25**

Prior U.S. Cls.: **22 and 39**

United States Patent and Trademark Office

Reg. No. **2,206,341**
Registered Dec. 1, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## CONSERVATION IN ACTION

SEA SHEPHERD CONSERVATION SOCIETY (OREGON NONPROFIT CORPORATION)
3107A WASHINGTON BOULEVARD
MARINA DEL REY, CA 90292

FOR: CLOTHING, NAMELY, SHIRTS, TANK TOPS, T-SHIRTS, SCARVES, CAPS, HATS, GLOVES, SHOES, SOCKS, UNDERWEAR, SLEEPWEAR, PANTS, SKIRTS, BELTS, VESTS, JACKETS AND COATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-1985; IN COMMERCE 4-1-1985.

SER. NO. 75-100,808, FILED 5-8-1996.

SUE KASTRINER, EXAMINING ATTORNEY