# EXHIBIT B



## THE 3 LAWS OF ECOLOGY



**THE LAW OF DIVERSITY**
The strength of an eco-system is dependent upon the diversity of species within it.



**THE LAW OF INTERDEPENDENCE**
All species depend on each other for survival.



**THE LAW OF FINITE RESOURCES**
There are limits to growth and limits to carrying capacity.

## ACTION NOT WORDS



Life in the sea is being dangerously diminished and if the Ocean Dies, We Die! That is a fact. For over fifty years, Captain Paul Watson has been at sea fighting illegal operations intent upon destruction and death, impacting all species in the sea from Phytoplankton to the Great Whales. Utilizing the strategy of aggressive non-violence, Captain Watson has shut down hundreds of illegal activities around the planet, saving hundreds of thousands of lives. Because of his interventions the Japanese whaling fleet is no longer slaughtering whales in the Southern Ocean Whale Sanctuary. As a co-founder of Greenpeace - one of the most recognised conservation organisations in the world and the founder of Sea Shepherd that he

## LEARN MORE



**PODCAST**
Check out the latest news on The CPWF and stay up to date on everything marine conservation

**CHURCH OF BIOCENTRISM**
Learn about the principles of biocentrism, interdependence, and the laws of ecology

**NEPTUNES NAVY**
Donate, volunteer, or follow along with all of our Navy's direct action campaigns



built into the most effective marine conservation organisation on the planet, Paul Watson, arguably the most prolific and successful marine life conservationist of our time is now building a foundation in his name. Captain Watson, has never changed his outlook, his dedication, courage, and imaginative thinking toward finding effective solutions to the seemingly impossible problem of how we defend and protect life in the sea. There is a need for an organization to make waves and to undertake direct action. The Captain Paul Watson Foundation continues the work that Captain Watson has been so effectively passionate about for over half a century.

**SHOP PAUL'S BOOKS**
→





