# EXHIBIT C

Search Facebook

Captain Paul Watson

Follow | Like | Message

| | | |
|---|---|---|
| We are the Ocean $35.00 | Quotations from Capta... $15.00 | Orcapedia $24.95 |
| Songs from the Southe... $15.00 | The Haunted Mariner $15.00 | Urgent! Save Our Ocea... $10.00 |
| Earthforce! An Earth W... $50.00 | Desperate Mythologies $20.00 | Dealing with Climate C... $30.00 |

**Page transparency** See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Captain Paul Watson
September 11

Thank you

I have received so many messages that it is practically impossible to reply to everyone personally, but I do very much appreciate everyone's support.

I resigned from Sea Shepherd USA because I could not support the radical change in direction the US Board decided upon, that being to no longer be confrontational or controversial. Sea Shepherd USA threatened Sea Shepherd Global with trademark violations unless they dismissed me from the Global Board. Sea Shepherd Global complied. Four of the six directors made the decision to dismiss me. There was no discussion and Lamya Essemlali of Sea Shepherd France and I were not given the opportunity to vote.

Do I fight this? No, I will not, unless forced to, because that would be a misuse of resources, time and energy when there are so many threats facing life and diversity in the sea.

In response to my ouster from the organization that I created, I have decided instead to establish the Captain Paul Watson Foundation.

With this name it will be difficult for others to infiltrate and oust me from my own Foundation.

What will we do?

We will continue the strategy of aggressive non-violent interventions, we will continue to be controversial. We will continue to be confrontational. You simply don't stop poachers by talking, holding meetings, and attending conferences.

I will let Sea Shepherd be Sea Shepherd. They claim legal authority over the logo and the name that I created. So be it. I am hopeful Sea Shepherd Global will continue the important campaigns they have been doing with such great success. I am not so hopeful concerning Sea Shepherd USA.

However, we need to push on. There is little time left to address major threats to the Ocean like illegal, unreported and unregulated fishing, industrialized fishing, diminishment of biodiversity, pollution, climate change and habitat destruction.

We need a ship, a strong and fast ship that will once again allow us to sail into harm's way to challenge high seas criminals.

I want this ship to be our ship collectively and we need a strong support base that understands the need for our unique and effective approach to defending life in the Ocean.

Search Facebook

Captain Paul Watson

Follow Like Message

Songs from the Southe... $15.00
The Haunted Mariner $15.00
Urgent! Save Our Ocea... $10.00
Earthforce! An Earth W... $50.00
Desperate Mythologies $20.00
Dealing with Climate C... $30.00

**Page transparency** See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - September 8, 2009

Page manager locations: United States, United Kingdom

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

We need a ship, a strong and fast ship that will once again allow us to sail into harm's way to challenge high seas criminals.

I want this ship to be our ship collectively and we need a strong support base that understands the need for our unique and effective approach to defending life in the Ocean.

I would like to invite you to be on this support crew and with your support we can quickly re-organize to become once again the most effective marine conservation force on this planet.

The Sea Shepherd spirit, energy and direction will continue with the Captain Paul Watson Foundation, and it will be stronger, more determined, more focused, more confrontational, and yes, more controversial than what we have been before.

Let's continue to rock the boat and to make waves together.

Thank you

Captain Paul Watson

www.paulwatsonfoundation.org

PAULWATSONFOUNDATION.ORG



