# EXHIBIT D

Page 1
Paul Watson | Facebook
https://www.facebook.com/paul.watson.1426



**Paul Watson**
November 22 at 1:39 AM

Yesterday I received a message from a longtime supporter of SCSS. He sent me the response he received when He said he would no longer be donating to SSCS. He did not even mention my name when he quit his support. It appears they have a prepared response for anyone who informs them they are no longer supporting SSC.

MESSAGE FROM THIS LONGTIME SUPPORTER

This an email I received from Sea Shepherd following my request to remove me from mailing list, and also advising that I have removed them from my will:

"I am deeply sorry to hear that Captain Watson's resignation from our organization has caused you to no longer support our work, but our priority is first and foremost protecting the oceans and those that call the oceans home – our mission and campaigns have not changed at all. Captain Watson was actively supporting our organization and campaigns up until his resignation, but his decision to resign is his own. Sea Shepherd does not believe engaging in personality conflicts is helpful in furtherance of its mission.

PW: INTERESTING. A GROUP OF PEOPLE MOUNT A HOSTILE TAKEOVER OF THE ORGANIZATION THAT I CREATED AND THEN CHANGED THE ENTIRE FOCUS OF THAT ORGANIZATION AND THEY DESCRIBE THIS AS A PERSONALITY CONFLICT.

I RESIGNED BECAUSE THEY MARGINALIZED ME, FORCED ME OFF THE BOARD THROUGH DECEPTION, FIRED DIRECTORS THAT SUPPORTED ME AND MADE THE DECISION TO CHANGE COURSE IN A DIRECTION CONTRARY TO EVERYTHING SEA SHEPHERD ONCE STOOD FOR. THEIR MISSION AND CAMPAIGNS HAVE CHANGED. THEY PUBLICLY SAID SO THEMSELVES AND TOLD ME DIRECTLY THAT THEY WOULD NO LONGER PURSUE DIRECT ACTION CAMPAIGNS EVEN GOING SO FAR AS TO TELL ME THAT MY HISTORY WAS AN EMBARRASSMENT TO THEM BECAUSE OF THE CONTROVERSY I CAUSED WITH MY CAMPAIGNS.

Our belief is that we are all in this fight to save the oceans and as long as you are supporting marine conservation work through the organization of your choice, it is a win for the environment. The oceans are in crisis and needs many strong advocates fighting to make a difference and working together, not against one another, to do so.

PW: NO. EVERYBODY IS NOT IN THIS FIGHT TO PROTECT AND DEFEND LIFE IN THE SEA. INSTEAD

Page 1
Paul Watson | Facebook
https://www.facebook.com/paul.watson.1426





Paul Watson

Friends — See all friends

Life events — See all

Moved to Paris, France
August 2016

wedding
February 14, 2015

MISSION AND CAMPAIGNS HAVE CHANGED. THEY PUBLICLY SAID SO THEMSELVES AND TOLD ME DIRECTLY THAT THEY WOULD NO LONGER PURSUE DIRECT ACTION CAMPAIGNS EVEN GOING SO FAR AS TO TELL ME THAT MY HISTORY WAS AN EMBARRASSMENT TO THEM BECAUSE OF THE CONTROVERSY I CAUSED WITH MY CAMPAIGNS.

Our belief is that we are all in this fight to save the oceans and as long as you are supporting marine conservation work through the organization of your choice, it is a win for the environment. The oceans are in crisis and needs many strong advocates fighting to make a difference and working together, not against one another, to do so.

PW: NO. EVERYBODY IS NOT IN THIS FIGHT TO PROTECT AND DEFEND LIFE IN THE SEA. INSTEAD OF STEALING WHAT I CREATED THEY SHOULD START THEIR OWN ORGANIZATION INSTEAD OF HIJACKING SOMETHING I SPENT 45 YEARS BUILDING. THEY SAY WE SHOULD NOT WORK AGAINST EACH OTHER BUT THAT IS EXACTLY WHAT THEY WERE DOING AND CONTINUE TO DO IN ADDITION TO SCRAPPING AND SELLING OFF OUR SHIPS.

As you are no longer interested in supporting our organization, I went ahead and removed you from our email list. We do not send postal mail to international supporters.

PW: IT SEEMS QUITE A FEW PEOPLE ARE NO LONGER INTERESTED IN SUPPORTING SSCS.

Sea Shepherd Conservation Society will be posting regular updates on our social media pages and website about our current and upcoming campaigns. We hope you will consider continuing to follow our progress so you can see firsthand the work we are and will be doing and we can one day earn your support again.

PW: POSTING CAMPAIGNS THAT THEY DO NOT FUND AND WITHOUT PERMISSION OF SEA SHEPHERD UK,FRANCE AND BRAZIL.

Thank you for the incredible support you've given Sea Shepherd over the years – we are truly grateful for your generosity and wish you the absolute best.

PW: I KNOW SOMEONE THEY DO NOT WISH THE BEST AND WHO THEY HAVE NOT THANKED FOR SUPPORT OVER THE YEARS, ACTUALLY DECADES. IF SSCS WAS ACTUALLY DOING WHAT THEY CLAIM TO BE DOING, WHY WOULD I HAVE LEFT? I LEFT BECAUSE I REFUSED TO BE A PAID FIGUREHEAD FOR AN ORGANIZATION THAT NO LONGER REPRESENTED THE VALUES, THE INTEGRITY, THE COURAGE AND THE PASSION OF WHAT I CREATED.

MY FOUNDATION WILL CONTINUE WORKING CLOSELY WITH SEA SHEPHERD FRANCE, U,K, AND BRAZIL AND TOGETHER WE WILL CONTINUE THE STRATEGIES AND TACTICS THAT MADE THE SEA SHEPHERD EFFECTIVE CUTTING EDGE MOVEMENT THAT IT CAMPAIGN.



**Page 1**
**Paul Watson | Facebook**
**https://www.facebook.com/paul.watson.1426**

Search Facebook

Paul Watson

**Friends** See all friends

**Life events** See all

Moved to Paris, France
August 2016

wedding
February 14, 2015

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2022

INTEGRITY, THE COURAGE AND THE PASSION OF WHAT I CREATED.

MY FOUNDATION WILL CONTINUE WORKING CLOSELY WITH SEA SHEPHERD FRANCE, U.K. AND BRAZIL AND TOGETHER WE WILL CONTINUE THE STRATEGIES AND TACTICS THAT MADE THE SEA SHEPHERD EFFECTIVE CUTTING EDGE MOVEMENT THAT IT CAMPAIGN.

1K 42 comments 131 shares

Like Share

Search Facebook

Captain Paul Watson

Subscribe | Like | Message

## About

See all

OFFICIAL CAPTAIN WATSON FOUNDATION FACEBOOK FANPAGE www.paulwatsonfoundation.org

Founder of Captain Paul Watson Foundation, Co-Founder of The Church of Biocentrism, Founder of Sea Shepherd and Co-Founder of GreenPeace

729,209 people like this

697,721 people follow this

http://www.paulwatsonfoundation.org/

Send message

facebook@paulwatson.com

Nonprofit Organization

Privacy Policy

captainpaulwatson

captpaulwatson

CaptPaulWatson

## Photos

See all

## Videos

See all

View more comments

1 of 218

**Captain Paul Watson**
September 3 at 3:58 AM

Open Message to Sea Shepherd Supporters from Captain Paul Watson
This morning I received an email informing me that The Board of Directors of Sea Shepherd Global dismissed me from the Global Board.
This was the message:
"I am sorry to inform you that based on the conversations that we've had, and the legal issues between you and SSCS, we asked you to step down from the board. Since you have not complied with that request, the majority of the Global Board has decided that it is a conflict of interest for you to remain as a Director on the Board of Sea Shepherd Global; and has therefore reached the decision that you are no longer a Director of Sea Shepherd Global." - Alex Cornelissen
The announcement by Sea Shepherd Global yesterday of an agreement between Global and SSCS may have caught many of you by surprise. It certainly caught me by surprise. There has been a disturbing lack of transparency about the relationship between Sea Shepherd USA and Sea Shepherd Global.
It all stems from SSSC and the decision by SSCS President Pritam Singh to change the focus and the direction of Sea Shepherd in the USA. No more direct action, no more controversial campaigns and no more confrontations with poachers. In June 2022 when I said that I could not support this radical change in priorities nor could I participate in it, I was told that I was an employee and I had to do what I was told.
In response I resigned. SSCS responded by removing my picture, bio and history from the SSCS website and legally threatened me to not use the logo I designed or the name Sea Shepherd that I created. This included not being able to post pictures of myself in a Sea Shepherd shirt or with the Sea Shepherd flag. I was also told that I could not communicate with supporters nor speak with the media under threat of a lawsuit.
My official Facebook page was blocked for trademark violations because I had a picture of myself with a Sea Shepherd Shirt in front of a Sea Shepherd flag. After a month that page is still blocked to postings by myself.
SSCS made legal threats to chapter leaders and to Sea Shepherd Global.
I really don't respond to threats, but I was patient, hoping that Sea Shepherd Global would have my back. This morning I discovered that they do not have my back.
I thought that Sea Shepherd Global would support me and I urged people to continue to support Global but under threat of lawsuits by SSCS, Alex Cornelissen, despite his serious concerns about SSCS (US) decided to make an agreement between Sea Shepherd Global and SSCS (US).
Apparently, part of this agreement was to demand that Global dismiss me from the Global Board and Alex informed me of this fact this morning.
As a Global Board member, I did not receive an invitation to a Board meeting to discuss this. Alex did not call for a vote by the directors, he simply stated that the Global Board made the decision to dismiss me from the Global Board. Aside from myself, at least one other of the six directors was not notified of a meeting or notice of a vote on my dismissal. I don't even have a vote count nor confirmation that a vote took place. I do know I was not given an opportunity to vote.
I don't wish to attack Sea Shepherd Global. I am in 100% support of Global ship operations, crew and campaigns and these ships are doing incredibly positive interventions. I have no complaints about Alex Cornelissen or Peter Hammarstedt. What they are doing on the sea is awesome and important. The ships operating off Africa, in the Baltic, in the Mediterranean and Australia need to be doing what they are doing the way they have been doing it.
The problem lies with SSCS. They have scrapped the White Holly, the John Paul DeJoria and the Sharpie. They have sold the Brigitte Bardot and have plans to sell the Martin Sheen. They have purchased the Sharkwater against my advice and they plan to use it as a comfortable platform for scientists to do research becoming in effect an uber service for researchers.
They claim that I am too controversial and too confrontational to continue to be associated with Sea Shepherd. However, I am what I have always been and will always be and that is a proponent of direct action, aggressive non-violent tactics, vegan vessels, and a movement without fear of controversy or confrontation.
I certainly don't want to discourage anyone from continuing to support Sea Shepherd Global. The Ocean needs our ships and our campaigns.









Page 1
(1) Captain Paul Watson | Facebook
https://www.facebook.com/captpaulwatson

Search Facebook

Captain Paul Watson

SEA SHEPHERD 6:52

The Unleashing of Ecological Consequences Earth Day 19...

412

7.5K views · 2 years ago

**Shop**

Urgent! Save Our Ocea... $10.00
The Haunted Mariner $16.00
[Autographed] Orcapo... $50.00
Autographed Hardco...
Desperate Mythologies

**Page transparency**

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - September 8, 2009

Page manager locations: Australia, United States

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Subscribe Like Message

Ocean needs our ships and our campaigns.
I am simply writing this to inform everyone of a situation that is happening where Sea Shepherd entities and chapters around the world seem to be kept in the dark about what is occurring.
They can't expect to dismiss a director and the founder of this movement and expect everyone to ignore the fact or to not question it.
They do need to supply an explanation as to why this decision was made and just what is their relationship with SSCS will be going forward, the truth without the public relations sugar coating of an illusion that both Global and SSCS are working together. Working with SSCS under its present leadership means being associated with an entity that is not what Sea Shepherd is meant to be. It will only serve to taint Global with the excessive salaries, the non-vegan ships, the aggressive marketing of merchandise and non-confrontational new direction SSCS is going.
I have established the Captain Paul Watson Foundation in the USA to continue the work I have been doing since 1977. I will support Global campaigns and I will work with any and all Sea Shepherd groups in this great movement we have created. I have no intention of retiring or surrendering to bullying and intimidation.
This is my answer to the Global Board after receiving the notice this morning that they had made the decision to dismiss me from the Global Board of Directors:
To the Board of Sea Shepherd Global
In the height of betrayal, the Global Board decided to dismiss me without a board meeting, and without a formal meeting or vote.
Is this what Sea Shepherd has become?
What next! Pritam Singh joins the Global Board. My name, picture, and legacy removed from the Global website? Or do you intend to continue to trade on my legacy despite having removed me?
All out of fear of a lawsuit. You surrendered to shameless bullying and intimidation. I hate to say this, but this Florida real estate developer now owns you, and you surrendered to him without a fight.
I will not be going quietly into the night. I intend to continue doing what I have been doing for the last 45 years. I truly never thought I would ever see this kind of treachery and betrayal in the movement that I created.
I will leave you with this quote.
"Not everything that is faced can be changed, but nothing can be changed until it is faced.
James Baldwin
I am a fighter, always have been and always will be. I did not face off against the Japanese whaling fleet in the hostile remote waters of the Southern Ocean only to surrender to this nonsense. I will rebuild, regroup and I will return to the high seas to once again defend life, diversity and interdependence in the Ocean.

Paul Watson
September 2 at 5:22 PM

Open Message to Sea Shepherd Supporters from Captain Paul Watson

This morning I received an email informing me that The Board of Directors of Sea Shepherd Glo... See more

5.8K 1K Comments 678 Shares

Et tu Australia

Today Sea Shepherd Australia removed me as an editor on the Sea Shepherd Australia Facebook page and deleted a post by myself where I responded to Jeff Hansen's vicious attack on me at a recent Sea Shepherd Australia meeting of volunteers and staff. They also removed my ability to comment to post by anyone. Effectively censored despite the fact that I am still a Sea Shepherd Australia Board member, well at least until the scheduled Board meeting on Sept 17th, when I suspect I will be dismissed.

I was not notified. No one from Sea Shepherd Australia contacted me. Jeff Hansen did not contact me.

captainpaulwatson • Follow

captainpaulwatson #captainpaulwatson #captainpaulwatsonfondation #paulwatsonfoundation
1w

maccaz2se7en #UnfollowSeaShepherd #mutiny
1w 19 likes Reply

Jovamoon Dear Captain, thank you for this information. Please keep us informed about the status of the other sea shepherd administration so we can support the right ones
1w 107 likes Reply

Liked by pb24149 and others
SEPTEMBER

Add a comment...

It is strange to be purged from the organization that I founded and forbidden to use the logo I designed or the name of the organization I established in 1977.

All because I refused to submit to the radical change in priorities and direction. All because I refused to apologize for my controversial history and for the very tactics and strategies that have defined Sea Shepherd for four decades.

Our Ocean is dying. We don't have the time for compromise with fishing corporations and governments. We should be taking a more aggressive stance in our interventions.

Sea Shepherd has always been confrontational, we have always been controversial, we have always chosen to put our clients first. We have never backed down – until now.

captainpaulwatson • Follow

captainpaulwatson #captainpaulwatson #captainpaulwatsonfondation #paulwatsonfoundation
1w

maccaz2se7en #UnfollowSeaShepherd #mutiny
1w 19 likes Reply

jovamoon Dear Captain, thank you for this information. Please keep us informed about the status of the other sea shepherd administration so we can support the right ones
1w 107 likes Reply

Liked by pb24149 and others
SEPTEMBER

Add a comment...



Sea Shepherd has always been the one organization that refused to conform for the International Whaling Commission, refused to back down in the face of criticism. We have always been proud of our Jolly Roger flag which some Sea Shepherd groups are removing because it offends some nations and some companies they want to work with and to receive support from. And yet at the same time they want to deny that flag from being used by me, to deny my wearing a shirt with that logo.

I intend seems to be to erase me from Sea Shepherd history.

Thankfully there are still Sea Shepherd groups that remain true to our basic ideals and continue to stand fast in their passionate, courageous defense of life and diversity in the sea.

captainpaulwatson • Follow

captainpaulwatson #captainpaulwatson #captainpaulwatsonfondation #paulwatsonfoundation
1w

maccaz2se7en #UnfollowSeaShepherd #mutiny
1w 19 likes Reply

jovamoon Dear Captain, thank you for this information. Please keep us informed about the status of the other sea shepherd administration so we can support the right ones
1w 107 likes Reply

Liked by pb24149 and others
SEPTEMBER 12

Add a comment...

Page 1
Captain Paul Watson (@captainpaulwatson) • Instagram photos and videos
https://www.instagram.com/p/CiaP5FkOKnQ/

Thank you to Sea Shepherd France, Sea Shepherd U.K. and Sea Shepherd Brazil.

I am also hopeful that other Sea Shepherd groups like Italy, Germany, Belgium, Switzerland, New Zealand, Austria, Greece, Spain and others will decide to reject the diminishment of what Sea Shepherd has always been by accepting the demands of Sea Shepherd USA to conform to the US agenda of changing the course of what has been the most effective marine conservation movement on the planet.

captainpaulwatson • Follow

captainpaulwatson #captainpaulwatson #captainpaulwatsonfondation #paulwatsonfoundation
1w

maccaz2se7en #UnfollowSeaShepherd #mutiny
1w 19 likes Reply

jovamoon Dear Captain, thank you for this information. Please keep us informed about the status of the other sea shepherd administration so we can support the right ones
1w 107 likes Reply

Liked by pb24149 and others
SEPTEMBER 12

Add a comment...

