# EXHIBIT F

# SEA SHEPHERD
# A NEW DIRECTION

**An Evolution from Non-governmental Vigilantism to Cooperative Partnerships with Governments for Enforcement**

**By Captain Paul Watson**
**Founder – Sea Shepherd Conservation Society (1977)**

In 1977, I established an alternative approach to what I had previously been doing since 1971 with the Greenpeace Foundation of which I was a co-founder.

With Greenpeace we were focusing on bringing attention to various issues like nuclear testing, whaling and sealing. This was an approach that received a great amount of attention and helped to educate a great many people about these issues.

But after six years of high-profile campaigning, I felt frustrated that despite the publicity we had engendered, things had not changed. Whaling and sealing continued and little was being done to change behaviors by corporations, governments and the public.

The ecologically destructive activities that we exposed continued unchanged and most concerningly the illegal activities we exposed also continued without challenge or enforcement despite our public exposure of the crimes.

I decided to create a strategy that I called "aggressive non-violence" and made the decision to target illegal activities that exploited species and eco-systems.

When I made the decision in 1978 to hunt down and end the career of the notorious pirate whaler *Sierra* it was after years of watching the illegal operations of that ship continue unchallenged. The ship had been condemned by the International Whaling Commission (IWC) but they had no vehicle for enforcement.

1

In July 1979, I hunted down the *Sierra*, rammed it twice and put a permanent end to its illegal operations. In 1980, I ended the careers of the pirate whalers *Cape Fisher* in the Canary Islands, the *Susan* and the *Theresa* in South Africa and the *Isba I* and *Isba II* in Vigo, Spain.

I took these actions when it became evident that no official enforcement had taken place or would be taking place.

In 1981, I landed with a small crew on the shores of Lorino in the Soviet Union to document illegal whaling activities. We presented the evidence to the IWC but because our collection of evidence had not been sanctioned by the offending party, the Soviet Union, the evidence was rejected.

Additional actions of enforcement took place in Iceland in 1986 and Norway in 1992 and 1994.

None these actions resulted in any criminal charges.

From 1979 until 2014, Sea Shepherd continued to enforce compliance with international conservation laws through non-governmental intervention. This most notably included our opposition to illegal commercial whaling in the Southern Ocean Whale Sanctuary by the Japanese whaling fleet.

I was always very much aware that our actions were viewed by many as vigilantism but at the same time I made on-going efforts to establish partnerships with governments that we could work with.

In 2010 at the invitation of the FBI, I gave a lecture about Sea Shepherd in Quantico. I believe it was well received. After the lecture one FBI special agent said, "Sea Shepherd walks a very fine line when it comes to the law". My reply was, "does it matter how fine the line is, if the line is not actually crossed?"

Sea Shepherd has never been about breaking the law or of being in contempt of the law. On the contrary we have always been mindful of not only the rule of law but also of the spirit of the law.

In 1991, we had our first cooperative partnership with a government agency when we teamed up with the Trinidad and Tobago Coast Guard to oppose Taiwanese drift net operations. We teamed up with Commander Iain Cross. We were given access to the Coast Guard shipyard and engineers and allowed to refuel with a

government discount. We also donated 2 rifles to the Coast Guard. We gathered documentation on Taiwanese ship operations which included a confrontation with a drift netter that we ordered out of Trinidadian waters. We confiscated numerous drift nets and delivered them to the Coast Guard.

Sea Shepherd involvement was opposed by National Fisheries in Trinidad. Commander Cross gave us information to release about corruption within National Fisheries. For political reason he could not expose the information officially directly from the Coast Guard. We were happy to deliver the evidence in a Sea Shepherd report to the Coast Guard that was then passed onto the government. This resulted in an official government investigation of corruption within National Fisheries.

In 1999, I entered into an agreement with the Galapagos National Park and the Ecuadorian Environmental Police to provide a patrol boat, the *Sirenian* to the Park to be operated by a Sea Shepherd crew with Park rangers onboard for enforcement.

In 2005, Sea Shepherd donated the *Sirenian* to the National Park to be operated solely by the rangers.

In 2007, I was given the Amazon Peace Prize by the Vice-President of Ecuador in recognition of this partnership. Sea Shepherd placed Sean O'Hearn as the liaison between the Park and Sea Shepherd. Sean was later replaced by Alex Cornelissen.

In 2001, Sea Shepherd assisted the Costa Rican rangers at Cocos Island National Park in arresting the Ecuadorian long-liner *San Jose*. It was the first poaching vessel to be confiscated by the order of a Costa Rican court. In response the Costa Rican Minister of the Environment and the head of the Coast Guard Claudio Pacheco invited us to come to Costa Rica to sign an agreement to officially help to assist the rangers on Cocos Island.

Unfortunately, enroute to Costa Rica, we encountered a Costa Rican vessel illegally finning for shark in the waters of Guatemala. I reported the incident to the Guatemalan government and I was asked to stop them which I proceeded to do. The Costa Rican fishermen were angry and sideswiped our ship and returned to Costa Rica where they accused me of attempting to kill them. The Costa Rican government sided with the fishermen and although the charges against me were dropped and I was given clearance to depart, I was detained on new charges 10 years later in 2012. These charges were dismissed in 2017.

3

In 2015, Captain Peter Hammerstedt's epic pursuit of the icefish poacher Thunder captured international headlines and led to cooperation with Interpol. This cooperation led to cooperation with Gabon followed by numerous African nations.

Also, in 2015 Sea Shepherd approached the government of Mexico with an offer to assist with the protection of the endangered Vaquita Porpoise. This led to the creation of Operation Milago, an ongoing campaign in partnership with the government of Mexico.

Since then partnerships have developed with Peru with on-going discussions with other nations.

What this means is that Sea Shepherd has transitioned into a new role, one of cooperation with governments to assist with enforcement of conservation laws within the territorial waters of sovereign nations.

In the beginning we did what was necessary to defend endangered species and threatened marine eco-systems. We intervened utilizing the U.N. World Charter for Nature as are our guide for intervention. We always tried to behave in accordance with the charter and to do so aggressively but non-violently.

The world today has changed. Today there is widespread recognition that endangered species and marine eco-systems must be protected and established regulations, treaties and law must be enforced.

This means we are now operating in a completely different social environment than what we were forced to contend with in our earlier days.

Partnerships with governments bestows legitimacy and as such it demands from Sea Shepherd a more responsible and disciplined approach to operations.

Now is the time to think big and to visualize the potential that we have to really make a significant difference.

We have never been a protest organization. Our approach has always been to actively intervene against unlawful and destructive activities.

A partnership relationship with effective enforcement agencies allows us the opportunity to significantly intervene on a much large scale and to be much more effective.

What we bring to the table is passion, imagination, commitment, resourcefulness, resolve, experience and courage and this is a powerful set of tools when placed in the employ of established enforcement agencies.

We have been doing for decades what established enforcement agencies have been wanting to do for many years.

We also have the advantage of being non-bureaucratic and in many cases, we can say what needs to be said when it needs to be said and we can do so in cooperation with government agencies as we did with the Trinidadian Coast Guard back in 1991.

To this end I can envision what many years ago I felt was sorely needed – an international organization that can police the seas both in domestic waters and on the high seas.

I believe we can be that organization, that we can grow, manage more ships and crews and recruit relationships with many governments and international enforcement agencies.

The FBI has in the past hired former forgers and hackers who have proven to be an asset for the Bureau. In earlier times, pirates were recruited by governments to do work that the governments could not or were reluctant to do with the advantage of not being encumbered by bureaucracy and politics. The difference with Sea Shepherd is that although we were taking actions that met some disapproval, we were not taking actions with criminal intent.

The strength of Sea Shepherd is our experience with interventions and our resolve to see interventions through. The longest maritime pursuit of a poacher, the successful chase of the Thunder over 110 days is something no government agency has done before. The initiative to set up an AIS system on the Galapagos, to investigate the zoonotic transmission of viruses from salmon farms to wild salmon, the cleaning up of remote beaches, the protection of turtle nests in hostile communities, the confiscation of gill nets, drift nets, ghost nets, FAD's and marine debris, scientific research, in other words a diversity of operations on a planetwide scale by a non-governmental international organization.

What this means is that we most prioritize our operations and disengage from some of our more controversial confrontational campaigns, especially from campaigns that have not demonstrated notable effectiveness.

For Sea Shepherd, a new approach means adapting to partnership campaigns as a priority.

This is a realization of our original initiatives that we first pursued with Ecuador and the Galapagos in 1999.

In addition to government partnerships I believe that Sea Shepherd can also work to resolve marine ecological threats through litigation, scientific research and the mobilization of volunteers to address the removal of marine debris, ghost nets and illegally deployed fishing gear.

Towards this end all Sea Shepherd entities should work cooperatively under the umbrella of Sea Shepherd Global.

Sea Shepherd has the potential to provide real solutions to solving real problems that threaten the ecological integrity of the planet's marine eco-systems.

Sea Shepherd already has the largest non-governmental marine environmental navy on the planet. We have the potential to also become the most effective marine conservation organization on the planet.

# "If the Ocean Dies, We All Die"