EXHIBIT G

Page 1
(1) Captain Paul Watson | Facebook
https://www.facebook.com/captpaulwatson



Page 1
(1) Captain Paul Watson | Facebook
https://www.facebook.com/captpaulwatson

Search Facebook

Captain Paul Watson

Follow | Like | Message

**Videos** See all

I have something special to share with you for my birthd...

**Shop** See all

We are the Ocean $35.00 · Songs from the Southe... · The Haunted Mariner $15.00 · Quotations from Capta... · Earthforce! An Earth W... · Oceanedia $24.95 · CETACEAN NATIONS: A... · Urgent! Save Our Ocea...

**Page transparency** See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

This is what we have been since 1977 and this is what we intend to stay. NO REBRANDING! WE WILL NOT CHANGE.

Those who wish to make us forget who we are think that the challenge will run out of steam, that the new direction they are taking will be accepted by all and that the current division will quickly be forgotten. But if thousands of people around the world have supported and joined Sea Shepherd, that's what it was originally for.

Sea Shepherd was never intended to provide comfortable jobs for career-minded people. This organization was founded to be led by deeply committed people who do not shy away from confrontation when it is necessary to stop the illegal destruction of the ocean. Sea Shepherd is not a job. It is a responsibility, an obligation and a duty.

Those who want to continue to support our actions and our combative approach are invited to join the coalition we have just created with the national branches of Sea Shepherd that remain faithful to its original spirit: Sea Shepherd France, Sea Shepherd UK, Sea Shepherd Brasil, as well as the new Captain Paul Watson Foundation. We invite other Sea Shepherd national branches to join us hoping that there will be many of them and we invite all our supporters to support us by signing our ethical charter online at www.seashepherdorigins.org This charter defines the values of Sea Shepherd and lays down essential safeguards to prevent any recovery of movement.

Sea Shepherd Origins does not replace Sea Shepherd. Sea Shepherd Origins IS Sea Shepherd. This is what Sea Shepherd has always been and should continue to be.

#SeaShepherdFrance

