# EXHIBIT H





# REPRESENTED ENTITIES

Which Sea Shepherd entities are part of Sea Shepherd Origins?

     

| Sea Shepherd France ⧉ | Sea Shepherd UK ⧉ | Sea Shepherd Brasil ⧉ | Sea Shepherd Canada | Sea Shepherd New Caledonia ⧉ | Sea Shepherd Hungary ⧉ | Cp Paul Watson Foundation ⧉ | ...and more to come! |
|---|---|---|---|---|---|---|---|
| Represented by Lamya Essemlali | Represented by Robert Read | Represented by Nathalie Gil | Represented by Simon Ager | Represented by Eva Dumas | Represented by Veronika Kristof | Represented by Capt. Paul Watson | Let us know if your Sea Shepherd entity is joining! |

**CONTACT US**

Sea Shepherd entities part of Origins | Captain Paul Watson Foundation | Sea Shepherd entities not yet part of Origins | All

Sea Shepherd (members of Origins)

FUND FOR ANIMALS
OUR ORIGINS
LEARN MORE

OUR MISSION
LEARN MORE

HOW WE FUNDRAISE
LEARN MORE

OUR CREW
LEARN MORE

HOME OUR ORIGINS OUR MISSION HOW WE FUNDRAISE OUR CREW EXECUTIVE BOARD CONTACT US DONATE

SEA SHEPHERD
ORIGINS

Copyright ©2022 Sea Shepherd Origins | Mentions légales | Politique de confidentialités