# EXHIBIT I



seashepherdorigins · Follow

seashepherdorigins Sea Shepherd had always been a passionate movement for the ocean. It is not a narrative to be controlled or to be 'rebranded'. It is an idea carried by the many who share their support.

Sea Shepherd Origins defends this idea, it defends our origins. And WE NEED YOU to share your alignment and support with us. Sign NOW via link in our bio.

Sign your commitment and take part of the largest movement for the protection of the ocean. Sea Shepherd Origins does not replace Sea Shepherd. IT IS Sea Shepherd.

#SignYourCommitment #DefendOurOrigins #ForTheOcean

Liked by adri9721 and others

6 DAYS AGO

Add a comment..