# EXHIBIT J



SEA SHEPHERD ORIGINS

HOME    OUR ORIGINS    OUR MISSION    HOW WE FUNDRAISE    OUR CREW    EXECUTIVE BOARD    CONTACT US

DONATE

## Sign your commitment to support our core values.

Within every organization there comes a need for re-evaluation, for renewal and for reenergization.

I established Sea Shepherd in 1977, over four decades ago. I've found that after each decade there is a slow creeping tendency towards complacency, laziness and comfort.

I have found that when this occurs, the solution is to shake things up and to remind ourselves just who we are.

We should never forget where we came from and when the mediocre, the timid and the opportunistic try to control and subvert the message, then we who hold true to our origins must remind any and all to stand fast and remain true to the course we charted when we began this journey.
Recently we have seen the greatest threat in our long history, a threat not from without but from within.

With our great movement in danger of derailment because of temptations ranging from self-interest to the infiltration of diverse strategies and tactics, we must do all within our power to maintain the original philosophy and objectives.

Towards that end we have established Sea Shepherd Origins where Sea Shepherd groups that hold true to our original vision can participate, to carry on being what we have always been - bold, courageous, passionate, resourceful, and guided by imagination and compassion towards all living things.

We should never lose sight that our clients are the citizens of the sea, from the smallest phytoplankton and zooplankton to the largest whale.
I established Sea Shepherd on the foundation of a strategy called aggressive non-violence.
We have never physically injured a single person, yet we have saved hundreds of thousands of lives, by shutting down illegal whalers, sealers, shark-finners, turtle and fish poachers and protecting marine eco-systems around this wondrous Ocean planet.
We have never compromised with the destroyers, we have never appeased them. We have always chosen the path of direct action and for those who wish to turn their back on direct action while keep using the term for marketing purposes, we need to remind them that "a direct action is a political action aimed at achieving a specific goal or objective, and which is carried out directly by an individual or group of people, without appealing to a higher authority for legitimacy".

This is what Sea Shepherd has been successfully achieving for over four decades and if we may partner with others (governments included) when useful to the cause, we remain free, always. Sea Shepherd Origins has been funded to make sure it stays that way.
I have always said that we need brave people willing to take risks if we are going to turn the tide of destruction.

People who are not afraid of confrontation, not afraid of controversy and not afraid to make waves. Men and women unafraid to speak out when it is necessary to speak out, unafraid to act when it is necessary to act. We stay within the boundaries of the law and we never injure anyone. But we never seek permission from a government or any institution to be who we are and we never shy away from confrontation.
Life and diversity in the sea is being threatened daily by industrialized fishing, the slaughter of whales, the clubbing of seals, the poaching of turtles, the diminishment of corals, plankton and seabirds.

What do we do in the face of such threats?
The answer is simple.We act. We intervene. We enforce and we focus on ending the killing, the waste, and the destruction.
By adding your name to this text, you support our fight to save the original spirit of Sea Shepherd and you help us preserve it as the unique and most effective movement to preserve and defend marine life.

When the Ocean dies, we all die!

Captain Paul Watson
Founder of Sea Shepherd, 1977

