# EXHIBIT K

Page 1
Captain Paul Watson | Facebook
https://www.facebook.com/captpaulwatson/



Captured by FireShot Pro: 21 December 2022, 10:37:49
https://getfireshot.com