# EXHIBIT L

Page 1
(1) Paul Watson Foundation | Facebook
https://www.facebook.com/PaulWatsonFoundation



Captured by FireShot Pro: 15 December 2022, 21:46:21
https://getfireshot.com

Search Facebook

Captain Paul Watson

Follow | Like | Message

I have something special to share with you for my birthd...
Chris Joyce Wine, Judith Submatters and 1.1K others
10.8K views · a week ago

**Shop** See all

The Haunted Mariner $15.00
Quotations from Capta...
Earthforce!: An Earth W...
Orcapalla $24.99
Urgent! Save Our Oce...

**Page transparency** See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created · September 8, 2009

Page manager locations: United States, United Kingdom

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2022

Write a comment...

Angela Adams
They are desperate. They are running ads in my feed for merch. Lots of angry emojis and I keep posting on every one that I stand with Paul. They keep deleting my comments along with others.
Like Reply
5 Replies

View 14 more comments

1.8K · 75 comments 60 shares

Like · Comment · Share

Most relevant

Write a comment...

Stuart Villier
Sorry to hear the way you've been treated Paul but just know there are a lot of people ready to support you
Like Reply 1h

Author
Captain Paul Watson
Stuart Villier Thank you Stuart
Like Reply · 2

View 27 more comments

Captain Paul Watson
1d

We are sailing through a bitter storm that we have not endured during the entire history of Sea Shepherd. This is a storm that is not generated by the planet, but by enemies within. We will sail through it, as we always have, but we need your help NOW more than ever. Join us TOMORROW as we reveal the future of #NeptunesNavy







