# EXHIBIT M

Search Facebook

Home Shop About For Subscribers More

Like Message

## About

See all

OFFICIAL CAPTAIN WATSON FOUNDATION FACEBOOK FANPAGE www.paulwatsonfoundation.org

Founder of Captain Paul Watson Foundation, Co-Founder of The Church of Biocentrism, Founder of Sea Shepherd and Co-Founder of GreenPeace

729,332 people like this

698,890 people follow this

https://www.paulwatsonfoundation.org/

Send message

facebook@paulwatson.com

Nonprofit Organization

Privacy Policy

captainpaulwatson

captpaulwatson

CaptPaulWatson

## Photos

See all

## Videos

See all

**Captain Paul Watson**
3h

The Captain Paul Watson Foundation Partnership with Sea Shepherd Origins

Sea Shepherd Origins represents the international Sea Shepherd groups that are remaining true to the original objectives that I established for Sea Shepherd in 1977.

These include Sea Shepherd France, the U.K, Brazil, New Caledonia, Tahiti: Austria, Canada, Uruguay and Hungary.

The Captain Paul Watson Foundation has been established to replace the Sea Shepherd groups that have deviated from those objectives.

The Foundation is now established in the United States and Australia and donations to the Foundation in these countries will be used to operate the ships owned by the Captain Paul Watson Foundation worldwide

So if you live in the United States, or Australia, please support our efforts by donating to www.paulwatsonfoundation.org

artwork by John Tribolet

2.2K 105 comments 180 shares

Like Comment Share





