# EXHIBIT N





Search Facebook

Paul Watson

**Friends** See all friends

**Life events** See all

Moved to Paris, France
August 2016

wedding
February 14, 2015

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2022

**Paul Watson**
November 22 at 1:39 AM

Yesterday I received a message from a longtime supporter of SCSS. He sent me the response he received when He said he would no longer be donating to SSCS. He did not even mention my name when he quit his support. It appears they have a prepared response for anyone who informs them they are no longer supportingSSC.

MESSAGE FROM THIS LONGTIME SUPPORTER

This an email I received from Sea Shepherd following my request to remove me from mailing list, and also advising that I have removed them from my will:

"I am deeply sorry to hear that Captain Watson's resignation from our organization has caused you to no longer support our work, but our priority is first and foremost protecting the oceans and those that call the oceans home – our mission and campaigns have not changed at all. Captain Watson was actively supporting our organization and campaigns up until his resignation, but his decision to resign is his own. Sea Shepherd does not believe engaging in personality conflicts is helpful in furtherance of its mission.

PW: INTERESTING. A GROUP OF PEOPLE MOUNT A HOSTILE TAKEOVER OF THE ORGANIZATION THAT I CREATED AND THEN CHANGED THE ENTIRE FOCUS OF THAT ORGANIZATION AND THEY DESCRIBE THIS AS A PERSONALITY CONFLICT.

I RESIGNED BECAUSE THEY MARGINALIZED ME, FORCED ME OFF THE BOARD THROUGH DECEPTION, FIRED DIRECTORS THAT SUPPORTED ME AND MADE THE DECISION TO CHANGE COURSE IN A DIRECTION CONTRARY TO EVERYTHING SEA SHEPHERD ONCE STOOD FOR. THEIR MISSION AND CAMPAIGNS HAVE CHANGED. THEY PUBLICLY SAID SO THEMSELVES AND TOLD ME DIRECTLY THAT THEY WOULD NO LONGER PURSUE DIRECT ACTION CAMPAIGNS EVEN GOING SO FAR AS TO TELL ME THAT MY HISTORY WAS AN EMBARRASSMENT TO THEM BECAUSE OF THE CONTROVERSY I CAUSED WITH MY CAMPAIGNS.

Our belief is that we are all in this fight to save the oceans and as long as you are supporting marine conservation work through the organization of your choice, it is a win for the environment. The oceans are in crisis and needs many strong advocates fighting to make a difference and working together, not against one another, to do so.

PW: NO. EVERYBODY IS NOT IN THIS FIGHT TO PROTECT AND DEFEND LIFE IN THE SEA. INSTEAD

Page 1
Paul Watson | Facebook
https://www.facebook.com/paul.watson.1426

MISSION AND CAMPAIGNS HAVE CHANGED. THEY PUBLICLY SAID SO THEMSELVES AND TOLD ME DIRECTLY THAT THEY WOULD NO LONGER PURSUE DIRECT ACTION CAMPAIGNS EVEN GOING SO FAR AS TO TELL ME THAT MY HISTORY WAS AN EMBARRASSMENT TO THEM BECAUSE OF THE CONTROVERSY I CAUSED WITH MY CAMPAIGNS.

Our belief is that we are all in this fight to save the oceans and as long as you are supporting marine conservation work through the organization of your choice, it is a win for the environment. The oceans are in crisis and needs many strong advocates fighting to make a difference and working together, not against one another, to do so.

PW: NO. EVERYBODY IS NOT IN THIS FIGHT TO PROTECT AND DEFEND LIFE IN THE SEA. INSTEAD OF STEALING WHAT I CREATED THEY SHOULD START THEIR OWN ORGANIZATION INSTEAD OF HIJACKING SOMETHING I SPENT 45 YEARS BUILDING. THEY SAY WE SHOULD NOT WORK AGAINST EACH OTHER BUT THAT IS EXACTLY WHAT THEY WERE DOING AND CONTINUE TO DO IN ADDITION TO SCRAPPING AND SELLING OFF OUR SHIPS.

As you are no longer interested in supporting our organization, I went ahead and removed you from our email list. We do not send postal mail to international supporters.

PW: IT SEEMS QUITE A FEW PEOPLE ARE NO LONGER INTERESTED IN SUPPORTING SSCS.

Sea Shepherd Conservation Society will be posting regular updates on our social media pages and website about our current and upcoming campaigns. We hope you will consider continuing to follow our progress so you can see firsthand the work we are and will be doing and we can one day earn your support again.

PW: POSTING CAMPAIGNS THAT THEY DO NOT FUND AND WITHOUT PERMISSION OF SEA SHEPHERD UK,FRANCE AND BRAZIL.

Thank you for the incredible support you've given Sea Shepherd over the years – we are truly grateful for your generosity and wish you the absolute best.

PW: I KNOW SOMEONE THEY DO NOT WISH THE BEST AND WHO THEY HAVE NOT THANKED FOR SUPPORT OVER THE YEARS, ACTUALLY DECADES. IF SSCS WAS ACTUALLY DOING WHAT THEY CLAIM TO BE DOING, WHY WOULD I HAVE LEFT? I LEFT BECAUSE I REFUSED TO BE A PAID FIGUREHEAD FOR AN ORGANIZATION THAT NO LONGER REPRESENTED THE VALUES, THE INTEGRITY, THE COURAGE AND THE PASSION OF WHAT I CREATED.

MY FOUNDATION WILL CONTINUE WORKING CLOSELY WITH SEA SHEPHERD FRANCE, U.K. AND BRAZIL AND TOGETHER WE WILL CONTINUE THE STRATEGIES AND TACTICS THAT MADE THE SEA SHEPHERD EFFECTIVE CUTTING EDGE MOVEMENT THAT IT CAMPAIGN.

