# EXHIBIT O

Page 1
Item List: All Items | 32auctions
https://www.32auctions.com/organizations/103887/auctions/135355?r=1&t=all



# Captain Paul Watson Foundation Holiday Auction

Help   Login

 0    0   All Items (40)   Search   Donate

**All Items (1-40 of 40)**   Ended: Dec 11, 2022 - 5:10pm EST

You are not logged in. Would you like to login now?



**14K Diamond Sea Turtle Pendant &...**
By Jewelry & The Sea
$375.00
Buy Now: $1,500.00
value: $1,695.00
bids: 1



**4 Night Bermuda Getaway for 2**
Private Beach Estate
$1,050.00
bids: 4



**Brunch with Captain Paul Watson**
Private Connecticut Estate, 6 Guests
$1,450.00
value: Priceless
bids: 5



**Druzy Quartz Ocean Necklace**
Sterling Silver Pendant & Chain
$125.00
bids: 3



**Jolly Roger Plaque from the Steve Irwin**
7 Tours of Duty to Antarctica
$1,000.00
Buy Now: $10,000.00
value: Priceless
bids: 0



**Kelly Slater Signed Memorabilia**
Surfer Magazine & Poster
$330.00
value: Priceless
bids: 16



**Michael Franti & Spearhead VIP...**
Concert Tickets & VIP Experience
$400.00
value: Priceless
bids: 5



**Original Watercolor Painting**
"Save The Whales" By Artist Michael ...
$600.00
value: $2,000.00
bids: 0



**San Juan Islands Luxury Stay**
4 Days/3 Nights Waterfront Home
**$2,000.00**
value: $2,200.00
bids: 9



**Sterling Silver Octopus Set**
by Artist Roland St. John
**$120.00**
Buy Now: $275.00
value: $250.00
bids: 4



**14k Mini Pearl and CZ Drop Earrings**
By Designer Kate & Mari
**$100.00**
Buy Now: $200.00
bids: 3



**2 Night Stay at Lumeria Maui**
Lumeria Maui Retreat
**$650.00**
value: $1,140.00
bids: 3



**4 Night Bermuda Getaway for 2**
Private Beach Estate
**$1,500.00**
value: $2,000.00
bids: 3



**40th Anniversary Medallion**
Limited Edition
**$170.00**
value: Priceless
bids: 10



**CT Organics**
Purslane Kelp Day Serum
**$15.00**
value: $50.00
bids: 1



**Dan Pararo Comic Series Montage**
Gifted by Captain Paul Watson, Colle...
**$350.00**
value: Priceless
bids: 0



**Fleetwood Mac Signed Memorabilia**
Mick Fleetwood Signed Drumhead, ...
**$400.00**
Buy Now: $1,000.00
value: Priceless
bids: 2



**Florida Keys ECO Bed & Breakfast**
3 Nights at Deer Run on the Atlantic
**$650.00**
value: $1,725.00
bids: 1



**For The Oceans Bikini**
By Gypsea
**$50.00**
Buy Now: $100.00
value: $130.00
bids: 2



**G Love & Donavon VIP Experience**
Concert Tickets & Pre-Show VIP Event
**$125.00**
value: Priceless
bids: 2



**Galápagos Islands Hand Made Quilt**
Gifted to Captain Paul Watson by th...
$450.00
Buy Now: $2,500.00
value: Priceless
bids: 2



**Hawaiian Humpbacks**
By Photographer Flip Nicklen
$65.00
bids: 5



**Labradorite Gemstone Earrings**
$75.00
value: $70.00
bids: 8



**Large Gold Necklace and Fine Chain**
Shipping to UK, EU & North America
$100.00
Buy Now: $400.00
value: $335.00
bids: 2



**Lot of SSCS Campaign Patches**
13 total
$33.00
bids: 2



**Mako Shark Prints**
By Artist David Danforth
$25.00
bids: 1



**Ocean Artwork**
2 Prints By Artist Stacey Sterling
$25.00
bids: 1



**Original Watercolor Painting**
"Breach" by Artist Michael Khoury
$600.00
value: $2,000.00
bids: 0



**Prai Luxury Skincare**
12 Piece Gift Set
$200.00
Buy Now: $500.00
value: $550.00
bids: 5



**Rare Operation Milagro Hook**
Handcrafted by SSCS Crew Member
$120.00
value: Priceless
bids: 8



**Rare Print of The MV Bob Barker**
By Photographer Gary Stokes
$65.09
value: Priceless
bids: 2



**Sea Shepherd CREW Tee**
Rare
$80.00
value: Priceless
bids: 4

Page 4
Item List: All Items | 32auctions
https://www.32auctions.com/organizations/103887/auctions/135355?r=1&t=all



**Sevani Botanica Gift Set**
Holistic Vegan Organic Skincare
$185.00
Buy Now: $250.00
value: $250.00
bids: 7



**Signed Copy of Joe Perry's Autobiography**
Aerosmith Memoir
$30.00
value: Priceless
bids: 1



**Signed Copy of We are the Ocean**
Children's Book By Captain Paul Wat...
$65.00
bids: 6



**Signed Faroe Islands Chart**
2012 Faroe Islands Campaign
$450.00
value: Priceless
bids: 2



**Sketch of Captain Paul Watson**
By Artist Kimber Hamilton
$60.00
bids: 2



**SSCS Crew Jacket**
By Hemp Hoodlamb
$125.00
Buy Now: $1,000.00
value: Priceless
bids: 2



**Sterling Silver & Opal Sea Horse Necklace**
By London Emily Jewelry
$50.00
bids: 6



**Sterling Silver Moonstone Ring**
$82.00
value: $70.00
bids: 9



About Us    Help    Be A Hero    Terms Of Use    Privacy Policy