EXHIBIT P



Search Facebook

# Sea Shepherd France

701K followers • 17 following

Donate | Follow | Search

Posts | About | Mentions | Fundraisers | Reviews | Followers | More

## Intro

"Il vient une heure où protester ne suffit plus ; après la philosophie, il faut l'action." V. Hugo

Page · Nonprofit organization

ASSOCIATION SEA SHEPHERD FRANCE
is responsible for this Page

contact@seashepherd.fr

seashepherd.fr

Rating · 4.8 (1,626 Reviews)

Add diversity info

## Photos

See all photos

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2022

## Featured

Fundraisers

Collecte de dons d'anniversaire de Hassan...
$0 raised of $211

Collecte de dons d'anniversaire de...
$0 raised of $211

Collecte de dons d'anniversaire de Mari...
$0 raised of $211

Raise money

## Posts

Filters

**Sea Shepherd France**
2h ·

CEO of Sea Shepherd US Paul Labombard (aka Pritam Singh) is attacking Captain Paul Watson in court for creating Sea Shepherd Origins and using the Sea Shepherd logo in the US, which he claims the exclusivity. More info on the character behind the storm that shakes Sea Shepherd, coming soon.

With your support, we will fight alongside Paul Watson to save Sea Shepherd.

#seashepherdorigins

· See original · Rate this translation

1.1K — 94 comments 46 shares

Like | Comment | Share

Most relevant

Write a comment...

**Théodore Vasse**
Sea Shepherd USA renient la base de leur engagement et au lieu de s'en aller pour quelque chose qui leur conviendrait mieux, ils détruisent... Pour une histoire d'image et de business, ils sont ridicules.

Like · Reply · See Translation · 2h · Edited

5 Replies

View 37 more comments

**Sea Shepherd France**
1d ·

The #Seashepherdorigins Facebook page has been made invisible by Facebook. We are working on getting her back to normal Until then find all the info at www.seashepherdorigins.org and sign the Ethics Charter on the site, which guarantees Sea Shepherd's freedom of speech and action. THANK YOU

· See original · Rate this translation

**Your profile is no longer visible**

This is because Sea Shepherd Origins goes against our Community Standards.

Our standards apply globally and are based on our community.

Continuer

2.1K    227 comments 208 shares

Like Comment Share

Most relevant

Write a comment...

**Valérie Emery**
Honteux de la part de FB ! Charte déjà signée.
Bon courage à vous **Sea Shepherd France** et Paul Watson
38
Like Reply See Translation 1d
21 Replies

**Chris Loargann**
Charte signée. De tout coeur avec vous !
Like Reply See Translation 6h

**Catie Louwers**
Charte signé,restez fort,je vous admire !!
2
Like Reply See Translation 1d

**Nathalie Roselyne C**
Charte signée
Like Reply See Translation 1d

**Caroline Bacq**
Charte signée ! Bon courage ! 2
Like Reply See Translation 1d

**Armelle Toullec**
Charte signée.
Tout mon soutien à Sea Shepherd et à Paul Watson.
Like Reply See Translation 23h

**Jon Von Thrash**
Charte signée. Bravo pour votre éthique et votre courage. Votre sens des valeurs vous honorent.
2
Like Reply See Translation 6h

**Elodie Wsc Lo**
Charte signée. pour votre indépendance et incorruptibilite
2
Like Reply See Translation 21h

**Ann-Sophie Avez-Yvonnet**
Bon courage
Déjà signé !
Like Reply See Translation 1d

**Emilie Constantin**
✔ charte signée bien évidemment.
J'espère que vous retrouverez bientôt votre visibilité.
Bravo pour votre force et votre courage , rien n'est plus fort que la détermination.
Vous sortirez Vainqueurs pour sauver ces espèces
Like Reply See Translation 23h

**Nico Libri**
Charte signée
Serait-il possible de mettre un lien vers la boutique **Sea Shepherd France** je veux vraiment être sûr de passer par vous.





Merci 🙏
Like Reply See Translation 23h Edited 2
↳ 2 Replies

**Alexandre Riboulot**
Charte signée . Soutien total !
Like Reply See Translation 21h

**Georges Menskoi**
Charte signée. Courage à vous tous et au capitaine Paul Watson.
Like Reply See Translation 23h

**Valérie Béchambès**
On vous suit sur Insta de toute façon, tant pis pour FB
Like Reply See Translation 23h 6
↳ 1 Reply

**Mamie Quad**
Charte signée !
Like Reply See Translation 2h

**Francis Le Guen**
Quand on voit ce qui se passait sur Twitter avant le rachat et qui commence à être intégralement publié on comprend que, oui, nous sommes bien les dindons de la farce mondialiste.
Like Reply See Translation 17h 3
↳ 1 Reply

**Grégory Rat**
Charte signée
Like Reply See Translation 22h

**Catherine Floch**
Charte signée
Like Reply See Translation 23h

**Véro Bouley**
Charte signée
Like Reply See Translation 22h

**Denise Dudon**
Signé. Courage !
Like Reply See Translation 23h

**Marie Popins**
Charte signée !
Bon courage et un immense BRAVO pour la défense des Océans et "nos amis des Océans"... ainsi que tous vos engagements et votre détermination à tous ! 🙏👍
Like Reply See Translation 19h

**Sandie RsenLe**
Charte signée
Like Reply See Translation 1d

**Hélène Fleury-Grondin**
Charte signée, bon courage et de tout cœur avec vous.
Like Reply See Translation 23h

**Katia Schmitt**
Charte signée, tout mon soutien courage
Like Reply See Translation 4h

**Isabelle Desjardins**
Déjà signé bon courage !
Like Reply See Translation 23h

**Martine Drx**
Charte signée !
Like Reply See Translation 4h

**Hélène Roch'er**
Je vous suis depuis toujours et je crois en vous et en toutes vos batailles ! Paul Watson m'a impressionné depuis ses combats si courageux et non agressif à bord de son premier bateau Sea Shepherd après ses déboires avec Greenpeace . Je vous en remerci... See more
Like Reply See Translation 10h Edited

**Rph Ln**
Bon courage pour la récupérer... personnellement je n ai jamais réussi à récupérer

Page 4
Sea Shepherd France | Facebook
https://www.facebook.com/SeaShepherdFrance



mon ancienne page pro .. Aucun interlocuteur joignable

Like    Reply    See Translation    1d    Edited

**Helen Whellan**
Charte signée !

Like    Reply    See Translation    1d

**Evelyne Juignet**
Charte signée. Pas de compromis

Like    Reply    See Translation    1d

↳ 1 Reply

**Lolo ToxicFrog**
Keep the faith !!!!!!!

Like    Reply    20h

**Gisèle Fromont**
Charte signée

Like    Reply    See Translation    23h

**Françoise Hausseguy**
Charte signée

Like    Reply    See Translation    1d

**Heïdi Yernaux**
Charte signée

Like    Reply    See Translation    23h

**Annie Piazza Dolmo**
Charte signée

Like    Reply    See Translation    23h

**Gaston Magraf**
Charte signé, j'espère avoir coché la bonne case

Like    See Translation    8h

**LP Jo**
courage et détermination va nous permettre de vaincre...

Like    Reply    See Translation    23h

**Berengere Guillot**
Charte signée

Like    Reply    See Translation    23h

**Christine Koch**
Charte signée

Like    Reply    See Translation    1d

**Patricia Canet**
Charte signée..bravo à vous

Like    Reply    See Translation    1d

**Pablo Mimouni**
Charte signé force a vous !

Like    Reply    See Translation    1d

**Laure Thier**
Charte signée

Like    Reply    See Translation    23h

**Régis Campin**
Charte signée

Like    Reply    See Translation    10h

**David Escudero**
Charte signé

Like    Reply    See Translation    22h

**Paco Titon**
Il n'y a pas que FB dans la vie...je vais sur votre site!

Like    Reply    See Translation    20h

**Sylvie Barth**
Ah... les joyeusités de la bande à Mark... les pires arnaques tu peux les dénoncer 1000fois leur algos te répondra qu'ils n'ont rien trouvé de contraire au standard de la communeuté, toi tu fais un truc dans les règles tout bien tout beau et ils te ban...





See more
Like Reply See Translation 20h
1 Reply

**Vinch Braco**
La page Facebook est visible.
https://m.facebook.com/100070847814834/

Sea shepherd Origins : Page de soutien et d'information

Like Reply See Translation 23h Edited

Author
**Sea Shepherd France**
Vinch Braco is not Sea Shep Origins page, it's a page made by like minded people...
Like Reply See Original (French) 21h

Translate All Comments

**Vinch Braco**
Sea Shepherd France Ah ok.
Like Reply 17h

Most Relevant is selected so some replies may have been filtered out.

**Jennifer San**
Fait ! Ne lâchez rien !
Like Reply See Translation 23h

**Patrick Borgeot**
Ça ne serait pas un coup de nos « amis » de Global ??
Like Reply See Translation 1d
1 Reply

**Armelle Mortó**
Charte signée courage
Like Reply See Translation 20h

**Magali Faulconnier**
Signé !!! Courage et persévérance !!!
Like Reply See Translation 23h

**Miren Béhaxétéguy**
Signée ! Bravo de ne rien lâcher !
Like Reply See Translation 23h

**Morgane Lebbel**
Charte signé
Like Reply See Translation 20h

**Stephanie Ghaby-Saphyra**
Fait
Like Reply See Translation 23h

**Fanfan Vuvuxe**
Charte éthique signée
Like Reply See Translation 23h

**Mickael Zander**
C'est signé
Like Reply See Translation 23h

**Priscilla Lapiplette**
Fait
Like Reply See Translation 1d

**François Le Bouich Matić**
Signature faite
Like Reply See Translation 23h

**Véronique Angely**
Je préfère ne pas dire ce que je pense,je vais être vulgaire.. Bon courage à vous
Like Reply See Translation 1d

**Shaka Deez**
Charte signée . Et partager . Force à vous
Like Reply See Translation 1d Edited

**Linda Rougeron**
Charte signée!
Like Reply See Translation 1d

**TiTi Merevolla**
Fait
Like Reply See Translation 23h

**Jean Michel Bentz**
Signé ..... de tout coeur avec vous !!
Like Reply See Translation 21h

**Tony Marjo Dubost**
Charte deja signee
Like Reply See Translation 23h

**Bertrand Dévigne**
Quelle honte franchement. Total soutien à vous !
Like Reply See Translation 1d
1 Reply

**Jean-Noël Février**
Fait !
Like Reply See Translation 1d

**Cyrille Bisch**
Honteux, à côté de ça les pages de groupes de dons d'animaux qui ne respectent pas les lois sont légion sur FB malgré les signalements récurents. Charte signée et

donateur mensuel. Vous avez tout mon soutien...
Like   Reply   See Translation   1d
↳ 2 Replies

**Manu Secsearch**
Sûrement le bout de sein du tableau de Delacroix qui choque ce puritanisme purulent automatisé par leurs robots de censure.
Like   Reply   See Translation   9h

**Zabou Isabelle Bruet**
Signer et partager, soutien total !
Like   Reply   See Translation   1d

**Franck Meyer**
La puissance de nuisance de cette plateforme :-//
Like   Reply   See Translation   10h

**Weonique Xatard**
J'ai signé la charte Facebook
Like   Reply   See Translation   1d

**Julie Potier**
Fait. Pour l'intégrité face aux guerres intestines.
Like   Reply   See Translation   3h

**Benoît Jonas**
Vive Paul Watson !!!
Like   Reply   See Translation   1d

**Cécile Dubois Plotin**
Signé
Like   Reply   See Translation   5h

**Patrick Séoret**
Horteux ! Pour ma part, FB m'a fait plusieurs avertissements. Ils sont très premier degré.
En quoi Sea Shepherd irait contre les standards ? Y aurait-il des vérités qui dérangent ! Les Community Standards ne seraient-ils pas des lobbyistes ?
Like   Reply   See Translation   1d
↳ 1 Reply

**fridge Nanslan Laurent**
Validé
Like   Reply   See Translation   16h

**Sammarye Lewis**
WTAF!!! I think we all know who is behind this...
Like   Reply   1d

**Terry Rate**
haaaa si le commandant cousteau était encore la pour un bon coups de gueule envers ca site qui n aime pas la défense des océans et touche surement des dollars pour bloquer sea shepher origins ,QUELLE HONTE je publie le lien vers sea shepherd origine s... See more
Like   Reply   See Translation   19h   Edited

**David Jan Carmelioo**
Fait , charte signée, fb devrait avoir honte
Like   Reply   See Translation   23h

**Serge Soetens**
Hello. Je crois que je confonds origin et global !? Origin est bien **Sea Shepherd France** !?
Like   Reply   See Translation   7h

**Ludo Le Foglött**
Facebook est le réseau social numéro 1 dans la censure ciblée
Like   Reply   See Translation   16h

**Arnaud Poncelet**
Changer de réseau et laisser tomber facedeplouk
Ras le bol de ces blocage
On vous suivra ou vous irez de toute façon ... See more
Like   Reply   See Translation   23h

**Sophie Sevre**
J'ai partagé la page de Sea She perd Ori gins ; et j'ai eu le même problème plus un avertissement de face de bouc ... No comment .Courage .On est avec vous
Like   Reply   See Translation   21h

**Céline Chanu**
Signée et partagée
Like   Reply   See Translation   1d

**Dounia Rivet**
**Facebook** concernant la prolifération de faux profils pourfendeurs de haine et de propagande vous en faite quoi ? Ah oui cela vous rapporte de l'argent... les ONG un peu moins ^^

























Like Reply See Translation 39m

**Marte Pablos**

Like Reply 22h

**Vinch Braco**

✔

Like Reply 1h

**Pascal Mzb**
Charte signée, évidemment

Like Reply See Translation 1d

**Thierry Brasseur**
Benh voyons !!! Charte signée , évidement !

2

Like Reply See Translation 19h

**Passe Cale Cazin**
Charte signée ✔

Like Reply See Translation 19h

**Flo Riane**
Charte déjà signée, courage à vous

Like Reply See Translation 22h

**Emilyann Ashbrook**
Sur quels motifs ont ils rendus votre page invisible? En quoi allez vous à l encontre de leurs popolitiques?

Like Reply See Translation 7h

↳ 1 Reply

**Tite Baba**
Charte signée

Like Reply See Translation 20h

**Noussa Bayoull**
Charte signée

Courage à vous

Like Reply See Translation 21h

**Chris Loargann**
Bonjour. J'ai fait un don sur le site de Sea Shepherd France avant votre annonce. Pouvez-vous me confirmer que cet argent sera bien utilisé pour les campagnes de Sea Shepherd France et Sea Shepherd Origins svp ? Bravo pour cette initiative ! J'ai sign... See more

Like Reply See Translation 7h

**Nadine Nanou Pagés**
Signée , tout mon soutien à Sea Shepherd.

Like Reply See Translation 19h

**Lili Vie**
Charte signée !!! Courage à vous

Like Reply See Translation 22h

**MyrrheYam Mandalâme**
Charte signée

Like Reply See Translation 19h

**Mathilde Daquet**
Charte signée

Like Reply See Translation 22h

**Isabelle Detry**
charte signée

Like Reply See Translation 22h

**Eric Bertrand**
J'ai signé la charte aujourd'hui

Like Reply See Translation 1d

View more comments 101 of 112

**Sea Shepherd France**
1d ·

#OperationNyamba: Several turtle poaching attempts thwarted by our teams in Mayotte (French department) in recent weeks.

Last weekend, our ASVM teammates arrived just in time to Majicavo Beach 3 (Saziley Beach) to save a sea turtle from a horrific death. The poachers armed with machete had turned the turtle on its back and were preparing to cut it alive. They escaped and the turtle was put back to the scene. She has taken over the sea. The same scene happened a few days ago ... **See more**

· See original · Rate this translation

3.6K · 149 comments 230 shares

Like · Comment · Share

Most relevant

Write a comment...

**Leeloo Dallas**
Pourquoi les tortues? Nourriture, croyances asiatiques, carapace? En tout cas, bravo et merci pour notre nature marine!
Like · Reply · See Translation · 1d
16 Replies

View more comments · 1 of 124

**Sea Shepherd France**
1d ·

An FAQ will soon be online on the Sea Shepherd Origins website and Sea Shepherd France so that you have a very clear view of the situation. Until then, here are some answers to the main questions we've had since yesterday that were posted on the post dedicated to that purpose.

1/Question: Can we donate to Sea Shepherd Origins (SSO)

Answer: SSO is not collecting donations at this time. It's an organization registered in France that is primarily the "guardian" of Sea Shepherd... **See more**

· See original · Rate this translation

1.1K · 80 comments 207 shares

Like Comment Share

Most relevant

Write a comment...

**Gilles Cosnier**
J'ai signé la charte. Je suis désolé de la tournure qu'a pu prendre l'organisation ces derniers temps.
Repartir sur des bases saines et avec le créateur me semble la meilleure solution. On peut penser que certains ont préféré diviser pour mieux régner.... **See more**
Like Reply See Translation 1d 5

View more comments 1 of 70

**Sea Shepherd France**
2d ·

In response to questions that come back a lot in your comments: Sea Shepherd France is a 100% independent organization of Sea Shepherd Global. We have no obligation of any kind towards Global and we are holders of the name and logo in France. We have voluntarily contributed to funding certain Sea Shepherd Global missions in the past, but unless Global adheres to the Sea Shepherd Origins Ethics Charter, we will now lead our exclusive support lies towards our national missions ... **See more**
See original · Rate this translation

5.7K 281 comments 200 shares

Like Comment Share

Most relevant

Write a comment...

**Laiti LP**
Je suis tellement fière de soutenir SSFrance et de voir cette évolution qui va dans le sens de la raison et du combat initial !! J hésitais (comme beaucoup je pense) à transférer mes dons à la fondation du capitaine mais je vois que je peux continuer t... **See more**
Like Reply See Translation 21h 2

View more comments 1 of 167

**Sea Shepherd France**
3d ·

PREYING AN INNER ENEMY SEA SHEPHERD RESISTS AND CREATE SEA SHEPHERd ORIGINS

Sea Shepherds Are Saying NO to Rebranding

Captain Paul Watson and national leaders of Sea Shepherd UK, Sea Shepherd Brasil and Sea Shepherd France are parting ways with Sea Shepherd Global and forming the Sea Shepherd Origins Coalition. Why this split?... **See more**
See original · Rate this translation

6.6K 500 comments 1.5K shares

Like Comment Share

Most relevant

Write a comment...

Author
**Sea Shepherd France**
Sea Shepherd France est une organisation française 100% indépendante. Elle n'a aucune obligation juridique ou financière vis à vis de Global ni de qui que ce soit d'autre. En l'état actuel des choses et à moins que Global n'adhère aux valeurs de Sea Sh... **See more**
Like Reply See Translation 3d 683
25 Replies

View more comments 1 of 394

**Sea Shepherd France**
4d ·

We are experiencing one of the worst storms ever. A storm not from nature but from an enemy within. We will get through this as we always have but to do so, we will need your support more than ever.
Tomorrow you can join us.
Tomorrow we're telling you all about the #neptunesnavy
#Origins #NoRebranding #SeaShepherd #CaptainPaulWatsonFoundation
· See original · Rate this translation

3.6K · 136 comments 320 shares

Like Comment Share

Most relevant

Write a comment...

**Christine TheOwl**
Prenez toutes et tous soins de vous.
Toujours avec vous
Like Reply See Translation 2d

View more comments 1 of 114

**Sea Shepherd France**
4d ·

We have an important announcement to make you on Tuesday, but for several days Facebook has been shadowbanning us (invisibleizing our posts). So we started a countdown yesterday to get you prepared and make sure as many of you have the information.
To get around the shadowban, remember to favoritize our page 😉 (at the top and right of our page, click "Follow" then select "Favorites")
· See original · Rate this translation

8.5K · 792 comments 528 shares

Like Comment Share

Most relevant

Write a comment...

**Françoise Gueur**
Fait 🐱🌊❤️
Like Reply See Translation 4d

View more comments 1 of 673

**Sea Shepherd France**
4d ·

They wanted to change who we are, what we do, and how we do it. They wanted to "rebrand" Sea Shepherd. It's not going to happen. Get ready for the return of the #NeptuneNavy #NoRebranding #CaptainPaulWatsonFoundation #SeaShepherdFrance #SeaShepherdUK #SeasShepherdBrazil

· See original · Rate this translation

3K 138 comments 178 shares

Like Comment Share

Most relevant

Write a comment...

**Patrick Borgeot**
Malheureusement certaines infos comme la trahison envers Paul Watson mettront bien longtemps à atteindre tous le monde ( surtout que pour tout le monde Sea Sheph c'EST Paul Watson ) dans l'idéal il y aurait une page expliquant ce qu'il s'est passé afin... **See more**

Like Reply See Translation 4d

↳ 25 Replies

View 36 more comments 1 of 51

**Sea Shepherd France**
6d ·

#NoRebranding

702 26 comments 29 shares

Like Comment Share

Most relevant

Write a comment...

**Diana Immerini**
Sea Shepherd FRANCE with Paul Watson

Like Reply 5d

View 5 more comments

**Sea Shepherd France**
6d

With the holiday season approaching, shrimp is still considered a dish of choice. Consumed with boulimie by the French, yet they undergo cruel treatment. In the vast majority of farms, eye ablation is performed on females to accelerate reproduction and generate more profit.

Overfished in the wild, amputated in farms, their consumption raises ethical and environmental questions. "We fall into the same traps as in industrialization: profitability at all costs, which takes the ... **See more**

See original · Rate this translation

GEO.FR
**Le triste sort des crevettes d'élevage, amputées d'un œil pour être plus fertiles**
Star de nos assiettes, la crevette provient bien souvent d'élevages, où elle subit l'ablation du p...

712 · 56 comments 346 shares

Like · Comment · Share

Most relevant

Write a comment...

**Isabelle Detry**
pffff je savais pas..merci pour ce post qu je vais partager (oralement ) avec les gens que je connais..
Like · Reply · See Translation · 6d
1 Reply

View 9 more comments

**Sea Shepherd France**
December 8 at 12:54 PM

NEW SEA SHEPHERD BOUTIQUE PAGE

For reasons still unknown the Sea Shepherd Boutique Facebook page is no longer accessible. To enable you to follow the news of the online shop, we invite you to follow the rescue page SEA SHEPHERD BOUTIQUE 2.

In addition to wearing our colors and displaying your convictions, the profits from the online store directly support our actions. To treat yourself or your loved ones this year-end, visit the official website: https://seashepherd-shop.co... **See more**

See original · Rate this translation

**Sea Shepherd Boutique 2** updated their cover photo.
December 8 at 6:29 AM

350 · 8 comments 56 shares

Like · Comment · Share

Most relevant

Write a comment...

**Vincent Lagouanelle**
Bonjour Sea Shepherd France soucieux d'être au plus près des convictions de celui qui à créé et qui restera celui qui "est" le premier des bergers des mers, je cherche à m'assurer que ce que j'achète pour participer soit effectivement au profit de la... **See more**
Like · Reply · See Translation · 1w · 5
3 Replies

View 2 more comments

Sea Shepherd France
December 6 at 2:43 PM

POYING: LEAD CRIBBED STORK DISCOVERED IN DORDOGNE

A stork was discovered riddled with lead in the forest of the Double in Dordogne on November 15th. She could not be treated and was put down.

In parallel with the investigation opened by the Bergerac Prosecutor's Office, we are filing a complaint for destruction of a protected species and are offering a reward of 5000 euros for any evidence that leads to the conviction of the culprits.... See more

See original · Rate this translation

2.4K · 239 comments 3.7K shares

Like · Comment · Share

Most relevant

Write a comment...

The Mabraß
Pas cool c'est un chouette animal sa population a explosé dans nos marais et bocage mais j'ai quand même l'impression que sa présence ce fait au détriment d'un autre grand échassier ; le héron. emblème de nos marais, nous n'en apercevons quasiment plus... See more

Like · Reply · See Translation · 1w

3 Replies

View more comments · 1 of 157

Sea Shepherd France
December 5 at 2:33 PM

FACTORY VESSELS IN SLEEVES: THE CARNAGE CONTINUES

As many as 6 factory ships were operating last night in Manch. These steel monsters are capable of catching up to 200 tonnes of fish a day (how many? } are still allowed to plunder fishing areas, thus obtaining the majority of quotas and public subsidies.

An environmental, economic and social scandal that we denounce through the Ocean Killers operation launched in January 2022, the first images of hundreds of thousands of fi... See more

See original · Rate this translation

530 · 14 comments 343 shares

Like · Comment · Share

Most relevant

Write a comment...

**Isabelle Farcy**
que faire de concret à part se lamenter et signer des pétitions dont personne ne tient compte? qui sont les décideurs de quota et subventions, armateurs etc...

Like Reply See Translation 1w Edited

View 4 more comments

**Sea Shepherd France**
December 3 at 10:11 AM

You guys are amazing! Ocean Fest is already SOLD OUT! Thanks to each and every one Looking forward to meeting you in Biarritz on March 31, 2023!

See original · Rate this translation

283 · 9 comments 12 shares

Like Comment Share

Most relevant

Write a comment...

**Nath Véro Roches**
Trop bien 👏👏👏👏. J'y serai en pensées 🙏🙏

Like Reply See Translation 1w

View 5 more comments

**Sea Shepherd France**
December 2 at 1:15 PM

A very happy birthday to Captain Paul Watson!! May this new year of life mark the beginning of great joint projects 💪💙

📸Photo taken yesterday in New York.

From left to right: Nathalie Gil director of Sea Shepherd Brazil, Lamya Essemlali director of Sea Shepherd France, Paul Watson founder of Sea Shepherd, Rob Read director of Sea Shepherd UK and Clémentine Pallanca former director of Sea Shepherd Pastor Conservation Society

See original · Rate this translation

4.1K · 295 comments 227 shares

Like Comment Share

Most relevant

Write a comment...

**Will Bzh**
Happy birthday Paul, un sage que j'ai eu la chance de rencontrer en Bretagne sud en 2016. Il m'avait dédicacé mon livre, ce jour la, j'étais le plus heureux du monde.
Like Reply See Translation 1w 4

View more comments 1 of 215

**Sea Shepherd France**
December 1 at 12:06 PM

Ghost nets are a plague of marine life. Thrown away or lost at sea they have been killing for decades.
Congratulations to the divers Sea Shepherd Montpellier - Officiel and Plongée Passion Frontignan Ecole de Plongée Française

See original · Rate this translation

**Sea Shepherd Montpellier - Officiel**
November 28 at 1:00 PM

Our divers, in association with those of Plongée Passion Frontignan Ecole de Plongée Française , have removed more than 100 meters of net and as many leaded ... See more

See original · Rate this translation

941 20 comments 141 shares

Like Comment Share

Most relevant

Write a comment...

**Noëlla Chardon**
Bravo et merci
Like Reply See Translation 2w

View 12 more comments

**Sea Shepherd France**
November 30 at 12:27 PM

Mark your calendars! Charity concert on the initiative of the committed journalist, Hugo Clément in favor of Sea Shepherd France.

March 31, 2023 in Biarritz will mark the first edition of Ocean Fest, organized by the Blue Force association co-founded by Worakls and artist Hugo Clément

100% of the profits generated from this concert will be donated to Sea Shepherd France.... See more

See original · Rate this translation

808 35 comments 160 shares

Like Comment Share

Most relevant

Write a comment...

**Karen Dharlu**
**Hugo Clément** et **Sea Shepherd France** unis pour les animaux. Une magnifique idée, initiative. Bravo à eux, et même si je suis bien trop loin, j'aurais bcp aimé y participer
Like Reply See Translation 2w 2

View 9 more comments

**Sea Shepherd France**
November 29 at 2:31 PM

Reunion Island: Capturing and landing a hammerhead shark by the Shark Security Center?

A witness wishing to remain anonymous reported having witnessed the landing of a halicorn hammerhead shark, a species in CRITICAL ENDANGER of extinction, at around 11 p.m. on Sunday, November 27 at the port of the Pointe des Galets.

A credible testimony? Yes.... See more

See original · Rate this translation

633 24 comments 293 shares

Like Comment Share

Most relevant

Write a comment...

**Lionel Pothin**
Sous la pression des surfeurs qui ne respectent pas les interdictions de se mettre à l eau sur certains sites , on tue tout ce qui bouge sans distinction. Une honte. Les

requins ont leur place dans nos eaux.

Like Reply See Translation 2w · 18

1 Reply

View 8 more comments

**Sea Shepherd France**
November 28 at 1:43 PM

Parasitism of Ocean Protection for Commercial purposes: There is NO collaboration between SEA SHEPHERD FRANCE and Club Ocean regarding the sale of their bracelets and we explain why.

See original · Rate this translation

198 · 15 comments 179 shares

Like Comment Share

Most relevant

Write a comment...

**Kelly Naturopathe Pau Web**
Je suis hors de moi car j'ai cru à leurs mensonges c'est inadmissible s'il y a une plainte je souhaite qu'ils versent à Sea Shepherd tout leur bénéfice

Like Reply See Translation 1w

View 5 more comments

**Sea Shepherd France**
November 26 at 8:27 AM

Walrus presence in Jaudy's estuary in Brittany: our curiosity can be a threat to wild animals. Loving them is loving them from afar.

See original · Rate this translation

5K · 170 comments 2.3K shares

Like Comment Share

Most relevant

Write a comment...

Author
**Sea Shepherd France**

A ceux qui nous reprochent d'ébruiter la présence du morse, nous ne communiquons sur ce genre d'événements que si et seulement si, la presse locale s'en est déjà fait largement l'écho. À ce stade, il n'y a plus rien de secret et nous préférons sensibil... **See more**

Like Reply See Translation 2w 364

↳ 19 Replies

View 42 more comments 1 of 61

**Sea Shepherd France**
November 25 at 7:54 AM ·

Make this #BlackFriday a #BlueFriday (real one)

· See original · Rate this translation

1.6K 68 comments 370 shares

Like Comment Share

Most relevant

Write a comment...

**Eighy Tilly Orca**
Fait

Like Reply See Translation 2w

View 32 more comments

**Sea Shepherd France**
November 23 at 12:54 PM ·

Avian Flu: Hecatombs in seabirds

The risk level of bird flu has gone from "moderate" to "high" across the country since November 10. New outbreaks of Highly Pathogenic Avian Influenza (IAHP) have been detected across the country, and mass shootings are following.

What about the wildlife?... **See more**

· See original · Rate this translation

438 21 comments 233 shares

Like Comment Share

Most relevant

Write a comment...

**Marie-Ange Vallez**
Plusieurs cygnes décédés dans l'allier à vallon en sully. Pas maritimes mais tout

autant atteints les pauvres
Like Reply See Translation 3w
View 11 more comments

Sea Shepherd France
November 22 at 3:07 PM

Breaking news on Manoliño, the ambassador dolphin to Spain, injured by harpon. The shooter remains unknown and no investigation appears to have been opened at this time.

Manoliño Dolphin Released From Harpon.
The Manoliño dolphin, injured by a harpon that had been planted in its side since the end of last month, managed to get rid of it on its own.... See more

See original · Rate this translation

20MINUTOS.ES
**El delfín "Manoliño" consigue librarse del arpón por sí mismo**
El delfín "Manoliño", herido por un arpón a finales del pasado mes, ha conseguido quitarse él ...

1K 40 comments 81 shares
Like Comment Share
Most relevant
Write a comment...

Patricia Alem
Vraiment autent dire qu'ils en on rien a faire le pauvre débrouille toi seule on t'a blessé mais c'est pas grave j'espère qu'il va vivre malgré tout merci pour l'info
Like Reply See Translation 3w 5
View 7 more comments

Sea Shepherd France
November 19 at 6:29 AM

Sea Shepherd France @SeaShepherdFran · 1h
Un morse ( dont l'ère de répartition naturelle la + proche est le Groenland) se trouve dans le port de Dieppe. Dans son intérêt, merci de ne pas l'approcher et de laisser tranquille. Il ne semble pas en mauvaise santé et doit pouvoir se reposer sans être importuné.

3.2K 331 comments 899 shares
Like Comment Share
Most relevant
Write a comment...

Emmanuelle Dahan
Misons sur l'intelligence humaine qui le laissera se reposer et reprendre sa route plutôt que d'en faire un spectacle de foire ...mais un périmètre large de sécurité est plus sûr
Like Reply See Translation 3w Edited 44
18 Replies
View more comments 1 of 173



**Sea Shepherd France**
November 15

Sea Shepherd France s'allie à Sea Shepherd Brasil pour tenter de sauver de l'extinction les dauphins Botos et Tucuxis de l'Amazone

Les mythiques dauphins roses (Botos) et les dauphins Tucuxis de l'Amazone sont en grand danger d'extinction. Les études indiquent que leur population diminue de moitié à chaque décennie. Ces dauphins d'eau douce sont victimes de captures dites « accidentelles » et de l'utilisation intentionnelle de leur chair qui sert d'appât pour la pêche au Pir... **See more**

See Translation

1.3K · 33 comments 191 shares

Like · Comment · Share

Most relevant

Write a comment...

**Catherine Follet**
merci pour vos actions indispensables, je partage et je signe la pétition
Like · Reply · See Translation · 4w · 5

View 12 more comments

**Sea Shepherd France**
November 14

Captures de dauphins dans le Golfe de Gascogne : enrayer l'hécatombe avant qu'il ne soit trop tard

Reportage : TV5MONDE

See Translation

657 · 46 comments 269 shares

Like · Comment · Share

Most relevant

Write a comment...

**Chambres d'hôtes de la moque souris** Follow
IL EST TROP TARD.
plus de poissons , trop de pêcheurs, l'état s'en fout complètement.





L'opinion publique regarde et oublie et s'en fout... See more

Like  Reply  See Translation  4w                              4

View 7 more comments

**Sea Shepherd France** ✓
november 12 · 🌐

Photo de famille Sea Shepherd France lors de la réunion interne de ces deux derniers jours : bilan des actions 2022, état des lieux sur la situation internationale de Sea Shepherd et le positionnement de l'antenne française; nos projets pour l'année 2023 (qu'on a hâte de vous présenter !). Une pensée aux absents qui ne sont pas sur la photo et qui ont suivi à distance et une pensée à Paul Watson qui a récemment rejoint le Conseil d'Administration de Sea Shepherd France et ave... See more

See Translation

4.2K                                   146 comments  121 shares

👍 Like          💬 Comment          ↪ Share

Most relevant ▾

Write a comment...

**Joëlle Pommier**
Bravo à vous tous de donner de votre temps pour une noble cause.
Like  Reply  See Translation  4w                    2

View more comments                                  1 of 124

**Sea Shepherd France** ✓
November 10 · 🌐

The small stone dolphin that has been wandering in Sanary harbor for 3 days has not been seen since about 10:00 this morning.

We searched it with our APEX Cetacea staff all afternoon on about ten nautical miles. No sign of him at all.

Hopefully he has reached the sea and found his peers and especially a weaned individual who is no longer dependent on his mother's milk, condition sine qua non for his survival..... See more

See original  Rate this translation

2.7K                                   115 comments  192 shares



Like Comment Share

Most relevant

Write a comment...

**Sanary Location** · Follow
C'était avec grand plaisir !!merci à vous pour votre engagement et espérons qu'il s'en sorte...... **See more**

96

Like Reply See Translation 5w

6 Replies

View more comments 1 of 90

**Sea Shepherd France**
November 10 ·

3.6K 103 comments 162 shares

Like Comment Share

Most relevant

Write a comment...

**Katy Larrieu**
Génial!! Quelles sont ses chances de retrouver sa famille son groupe??

3

Like Reply See Translation 5w

View more comments 1 of 95

**Sea Shepherd France**
November 9 ·

Le dauphin stenella, dans le port semble vif mais s'il n'est pas sevré ses chances de survie sont quasi nulles s'il reste seul. Un transport très stressant pour cette espèce pourrait provoquer une crise cardiaque...
Pas simple. Nous allons tenter de repérer son groupe au large.

See Translation

4.1K 244 comments 362 shares

Like Comment Share

Most relevant

Write a comment...

**Céline la Jardinière**
La situation est compliquée, j'espère que vous retrouverez le groupe au large. Merci pour vos actions

19

Like Reply See Translation 5w

View more comments 1 of 185

**Sea Shepherd France**
November 9 ·

Dolphin in wrong position in Sanary port on sea. One of our collaborators is on site. We are studying possible solutions to help him.

See original · Rate this translation

Page 1
Sea Shepherd France | Facebook
https://www.facebook.com/SeaShepherdFrance

Search Facebook

Sea Shepherd France

★ Rating · 4.6 (1 626 Reviews)

♫ Add diversity info

## Photos

[See all photos]



ON RÉPOND À VOS
QUESTIONS SUR
SEA SHEPHERD
ORIGINS

View more comments

Sea Shepherd France ✔

FREEING AN INNER ENEMY SEA SHEPHERD RESISTS AND CREATE SEA SHEPHERD ORIGINS

Sea Shepherds Are Saying NO to Rebranding

Captain Paul Watson and national leaders of Sea Shepherd UK , Sea Shepherd Brasil and Sea Shepherd France are parting ways with Sea Shepherd Global and forming the Sea Shepherd Origins Coalition. Why this split?

Sea Shepherd Origins is meant to counter the maneuvers of those who want to force the organization to change its course and abandon the bold approach that makes it an indispensable player in defending the marine world.

The current situation is the result of a trial that started in 2018 when Sea Shepherd returns to Iceland to denounce whale hunting. Peter Hammarstedt (Sea Shepherd Global's Board of Directors and Campaign Director) had then opposed the campaign saying it would bring back memories of the whales we sank in 1986. According to him, it was a controversial past that it was better to forget. Sea Shepherd was now working in partnership with certain states "many on the initiative of Peter Hammarstedt and it was necessary, to be careful not to get upset or no government at the risk of damaging these collaborations. His exact words were: "We are currently rebranding."

The idea that Sea Shepherd should move away from direct action (which by definition is government-supported) has gradually made its way. So for part of the Management Paul Watson's character has become "The Watson Problem".

All of the directors of Sea Shepherd USA - Alex Cornelissen, Peter Hammarstedt, Geert Vons, Jeff Hansen (except Lamya Essemlali) - as well as US antenna president Pritam Singh went in the same direction and decided to and it, lack Sea Shepherd from its original DNA. A view that Sea Shepherd's supporters and co-anthems are fiercely opposed to, as evidenced by many recent social media reactions.

We are proud of our long history and proud of what we have accomplished. It is beyond question that we sweep our past under the rug to reassure government bureaucrats who seek

Captured by FireShot Pro: 16 December 2022, 12:39:37
https://getfireshot.com

**Page 1**
**Sea Shepherd France | Facebook**
**https://www.facebook.com/SeaShepherdFrance**

Search Facebook

Sea Shepherd France

contact@seashepherd.fr

seashepherd.fr

Rating · 4.3 (1 626 Reviews)

Add diversity info

**Photos** See all photos

Shepherd's supporters and volunteers are fiercely opposed to, as evidenced by many recent social media reactions.

We are proud of our long history and proud of what we have accomplished. It's beyond question that we sweep our past under the rug to reassure government bureaucrats who seek to use us to serve their interests while demanding we comply with their expectations, that we hide in the pavilion of their choice and that we give them Let's validate all our communications, interviews and images before broadcast

The shepherd's cross and the trident created by Paul Watson's Jolly Roger tree defines what Sea Shepherd has always been: a provocative, uncompromising and controversial movement never a tool of manipulation at the service of a state bureaucracy .
We have always been a non governmental organization. We have always been independent and unbreakable.
We have been who we have been since 1977 and we intend to stay
NO REBRANDING: WE WILL NOT CHANGE

Those who want to forget who we are believe that the protest will fade, that their new direction will be accepted by all and that the current division will soon be forgotten. But if thousands of people have supported and joined Sea Shepherd around the world, it's for who it was, originally.

Sea Shepherd's calling has never been to provide comfortable jobs for career-oriented individuals. This organization was founded to be led by deeply committed people who will not back down when confrontation is necessary to end the illegal ocean destruction. Sea Shepherd is not a job. It's a responsibility, obligation and duty.

Those who want to continue to support our actions and our combative approach are invited to join the coalition we have just created with Sea Shepherd's national antennas loyal to its original spirit, Sea Shepherd France, Sea Shepherd UK, Sea Shepherd Brazil plus the new Captain Paul Watson Foundation. We invite other Sea Shepherd national antennas to join us hoping many will be there and we invite all our well wishers to support us by signing our Ethics Charter online at www.seashepherdorigins.org. This Charter Defines Sea Shepherd values and poses the essential wards to prevent any regeneration of movement.

Sea Shepherd Origins does not replace Sea Shepherd. Sea Shepherd Origins IS Sea Shepherd. This is what Sea Shepherd has always been and should continue to be.

#BackToOrigins #Norebranding #SeaShepherd #Neptunesnavy

Page 1
Sea Shepherd France | Facebook
https://www.facebook.com/SeaShepherdFrance



Search Facebook

**Sea Shepherd France**

is responsible for this Page

contact@seashepherd.fr

seashepherd.fr

Rating · 4.8 (1,626 Reviews)

Add diversity info

**Photos** See all photos

View more comments 1 of 394

**Sea Shepherd France**
4d ·

We are experiencing one of the worst storms ever. A storm not from nature but from an enemy within. We will get through this as we always have but to do so, we will need your support more than ever.
Tomorrow you can join us.
Tomorrow we're telling you all about the #neptunesnavy
#Origins #NoRebranding #SeaShepherd #CaptainPaulWatsonFoundation
· See original · Rate this translation

**Page 1**
**Sea Shepherd France | Facebook**
**https://www.facebook.com/SeaShepherdFrance**

Search Facebook

Groups

Sea Shepherd France

Rating · 4.8 (1,626 Reviews)

Add diversity info

**Photos** See all photos

3.6K · 136 comments 320 shares

Like · Comment · Share

Most relevant

Write a comment...

**Christine TheOwl**
Prenez toutes et tous soins de vous.
Toujours avec vous

Like · Reply · See Translation · 2d

View more comments · 1 of 114

**Sea Shepherd France**
4d

We have an important announcement to make you on Tuesday, but for several days Facebook has been shadowbanning us (invisibleizing our posts). So we started a countdown yesterday to get you prepared and make sure as many of you have the information.

To get around the shadowban, remember to favoritize our page (at the top and right of our page, click "Follow" then select "Favorites")

See original · Rate this translation

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2022



**Page 1**
**Sea Shepherd France | Facebook**
**https://www.facebook.com/SeaShepherdFrance**

Search Facebook

Groups

Sea Shepherd France

is responsible for this Page

contact@seashepherd.fr

seashepherd.fr

Rating · 4.8 (1,626 Reviews)

Add diversity info

**Photos** See all photos

Like Reply See Translation 2d

View more comments 1 of 64

**Sea Shepherd France**
4d ·

We have an important announcement to make you on Tuesday, but for several days Facebook has been shadowbanning us (invisibleizing our posts). So we started a countdown yesterday to get you prepared and make sure as many of you have the information.

To get around the shadowban, remember to favoritize our page 😉 (at the top and right of our page, click "Follow" then select "Favorites")

· See original · Rate this translation

8.5K 792 comments 528 shares

Like Comment Share

Most relevant

Write a comment...

**Françoise Gueur**
Fait

Like Reply See Translation 4d

View more comments 1 of 673

**Sea Shepherd France**
4d ·

They wanted to change who we are, what we do, and how we do it. They wanted to "rebrand" Sea Shepherd. It's not going to happen. Get ready for the return of the #NeptuneNavy #NoRebranding #CaptainPaulWatsonFoundation #SeaShepherdFrance #SeaShepherdUK #SeaShepherdBrasil

**Captured by FireShot Pro: 16 December 2022, 12:42:03**
**https://getfireshot.com**



Search Facebook

**Sea Shepherd France**

... responsible for this Page

contact@seashepherd.fr

seashepherd.fr

Rating · 4.8 (1,626 Reviews)

Add diversity info

**Photos** See all photos

View more comments 1 of 673

**Sea Shepherd France**
4d ·

They wanted to change who we are, what we do, and how we do it. They wanted to "rebrand" Sea Shepherd. It's not going to happen. Get ready for the return of the #NeptuneNavy #NoRebranding #CaptainPaulWatsonFoundation #SeaShepherdFrance #SeaShepherdUK #SeasShepherdBrazil

· See original · Rate this translation



Page 1
**Sea Shepherd France | Facebook**
https://www.facebook.com/SeaShepherdFrance



Page 1
Sea Shepherd France | Facebook
https://www.facebook.com/SeaShepherdFrance





Page 1
Sea Shepherd France | Facebook
https://www.facebook.com/SeaShepherdFrance



Page 1
Sea Shepherd France | Facebook
https://www.facebook.com/SeaShepherdFrance













**Page 1**
**Sea Shepherd UK | Facebook**
**https://www.facebook.com/SeaShepherdUK**

Search Facebook

## Sea Shepherd UK

158K followers • 130 following

Donate | Message | Follow

Posts | Subscriber hub | About | Shop | Mentions | Fundraisers | More

**Intro**

Sea Shepherd UK
read more at:
seashepherd.org.uk
seashepherdorigins.org
seashepherduk.myportfolio.com

Page · Environmental Conservation Organization

27 Old Gloucester Street

+44 300 111 0501

admin@seashepherduk.org

seashepherduk

SEASHEPHERDUK

seashepherd_uk

11931261

seashepherd.org.uk

Add diversity info

Collaborations | Who we are | Origins

**Posts** Filters

**Sea Shepherd UK** updated their cover photo.
22h ·

'Sea Shepherd Origins' is a new entity to reinforce the original values and purpose of Sea Shepherd.
Established to free Sea Shepherd entities from 'rebranding' and growing restrictions on our trademark campaign style, Sea Shepherd Origins has been created by Paul Watson and several Sea Shepherd leaders specifically for Sea Shepherd entities, crew and volunteers around the world who stand fast for Sea Shepherd.

Sea Shepherd Origins has set up a clear ethics chart, with unbreakable values, clearly defining its rules and mission. The Sea Shepherd entities who join must pledge that they align with the core values and mission statement as founded by Paul Watson, therefore protecting Sea Shepherd for the future.

Read more about Sea Shepherd Origins at www.seashepherdorigins.org

191 — 2 comments 23 shares

Like | Comment | Share

Most relevant

Write a comment...

**Jack Hoyle**
I had to laugh when I saw that it's Hammerstedt that's causing this crap. I stopped taking Sea Shepherd seriously when he became a Captain. The guy is Chameleon that uses people around him.
Like Reply 6h

Most Relevant is selected, so some comments may have been filtered out.

**Photos** See all photos

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2022

**Sea Shepherd UK**
23h

From Sea Shepherd France #seashepherdorigins
#OperationNyamba Update
Several turtle poaching attempts have been thwarted by our teams in Mayotte (French department) in recent weeks.... See more

**Sea Shepherd France**
1d

#OperationNyamba: Several turtle poaching attempts thwarted by our teams in Mayotte (French department) in recent weeks.
Last weekend, our ASVM teammates arriv... See more
See original · Rate this translation

261 · 8 comments 10 shares

Like · Comment · Share

Most relevant

Write a comment...

**Maria Munn**
Amazing, this is exactly why we all love what you do!
Like · Reply · 45m

View 3 more comments

**Sea Shepherd UK**
1d

Tonight at 21:10hrs on Falò by RSI Swiss broadcasting corporation - The investigation into the illegal hunting of the fin whales in Iceland.
https://bit.ly/3W21Z7Q
Filmed in Iceland and featuring Sea Shepherd UK's crew and footage while on Operation Northern Exposure 2022
Guest: Natalie Maspoli, Swiss Sea Shepherd Director.... See more

**Radiotelevisione svizzera (RSI)** and **Falò**
1d

160 common whales will be killed in Iceland in 2022 despite being considered endangered species and despite hunting being banned worldwide.
A crew from Falò i... See more
See original · Rate this translation

30 · 7 shares

Like Comment Share

Write a comment...

**Sea Shepherd UK**
Yesterday at 9:58 AM

www.seashepherduktrading.org

We're clearing out our web store to make way for new designs next year and we've discounted EVERYTHING by 30%. In addition as a thank you to all our Facebook and Instagram followers, you can get an EXTRA 10% discount off your order if you order 3 or more items. All discounts are automatically applied.

You can visit the store here: www.seashepherduktrading.org

45 11 comments 7 shares

Like Comment Share

Most relevant

Write a comment...

**Janet Gorman**
Does this money go to SSCS, or strictly the UK branch?
Do we still have a boat to deal with the Faroes, or have SSCS sold it? How dare they sell our boats after we bought them! DIRECT ACTION ALL THE WAY!
Like Reply 23h 5

Most Relevant is selected, so some replies may have been filtered out.

Author
**Sea Shepherd UK**
Janet Gorman profits from the SSUK store go directly to Sea Shepherd UK.
Like Reply 22h 13

View 1 more reply

View 1 more comment

**Sea Shepherd UK**
1d

Salmon Farming Exposé by Dale Vince OBE - Sea Shepherd UK Patron and Board Member.

Dale has released footage today, taken at salmon farms across the UK showing barbaric cruelty, devastating disease, shocking mortality rates (1 in 4 dies before reaching adulthood), pollution, cross contamination and even the use of poison.

The UK consumes 63,300 tonnes of salmon each year – that's 14 million fish. It takes a staggering 460,000 tonnes of wild fish to feed the farmed salmon. I... See more

**Dale Vince**
1d

We are releasing footage today, taken at salmon farms across the UK showing barbaric cruelty, devastating disease, shocking mortality rates (1 in 4 dies before ... See more

41 3 comments 20 shares

Like Comment Share

Most relevant

Write a comment...

**Sea Shepherd UK** ⊘
*Author*
https://www.express.co.uk/.../animal-cruelty-salmon-farms...

EXPRESS.CO.UK
The 'cruelty' of Britain's salmon farms exposed

Like   Reply · 1d
View 2 more comments

**Sea Shepherd UK** ●
3d · ⊘

Sea Shepherd Origins is a response to an internal enemy.
- Commentary by Captain Paul Watson
https://bit.ly/3FloOg6
We have always been a non-governmental organization.
We have always been independent and incorruptible.
This is what we have been since 1977 - and this is what we intend to stay.
Sea Shepherd Origins does not replace Sea Shepherd.
Sea Shepherd Origins IS Sea Shepherd.
NO REBRANDING: WE WILL NOT CHANGE.

#seashepherdorigins #CaptainPaulWatson #IfTheOceanDiesWeDie

**WHALES, FISH AND ALL MARINE LIFE ARE OUR ONLY CLIENTS**

SEASHEPHERD.ORG.UK
**Sea Shepherd UK - Sea Shepherd Origins is a response to an internal enemy**
Commentary by Captain Paul Watson Sea Shepherds Are Saying NO to Rebranding ·Captain P...

⊙⊙😆 133                                    5 comments  12 shares

👍 Like          💬 Comment          ↪ Share                Most relevant ▾

Write a comment...

**Raffa Noonatax**
"Sea Shepherd was never intended to provide comfortable jobs for career-minded people. This organization was founded to be led by deeply committed people who do not shy away from confrontation when it is necessary to stop the illegal destruction of the... See more
Like   Reply · 2d
View 1 more comment

**Sea Shepherd UK** ●
3d · ⊘

Sea Shepherd Leaders and Paul Watson come together for the ocean
#pressrelease at: https://bit.ly/3j2kNFv

Our founder Captain Paul Watson, together with several Sea Shepherd leaders launch 'Sea Shepherd Origins' - an entity dedicated to defending the core values of Sea Shepherd as a frontline, determined, fully independent marine conservation movement as it was founded in 1977.

Sea Shepherd Origins #seashepherdorigins #CaptainPaulWatson #seashepherduk #SeaShepherdFrance #SeaShepherdBrasil

**SEA SHEPHERD**

SEASHEPHERD.ORG.UK
**Sea Shepherd UK - Sea Shepherd Leaders and Paul Watson come together for the ocean**



406 22 comments 27 shares

Like Comment Share

Most relevant

Write a comment...

**Sammarye Lewis**
Sea Shepherd Origins leads with truth, transparency and integrity
Like Reply 2d

View 8 more comments

**Sea Shepherd UK**
3d

Sea Shepherd was founded as a frontline, uncompromising, fully independent, direct action marine conservation movement to defend and conserve marine ecosystems and species. Sea Shepherd UK remains strongly aligned with this original mission, which is why we're partnering with 'Sea Shepherd Origins' - an essential non-violent, action movement for our clients - marine wildlife.

To protect the Sea Shepherd movement, Sea Shepherd UK is proud to join Sea Shepherd France and Sea Shepherd Brazil - together with Captain Paul Watson Foundation and other committed Sea Shepherd entities to launch Sea Shepherd Origins - a coalition created by our founder Paul Watson and Sea Shepherd leaders, for Sea Shepherd entities, crew and volunteers who stand fast against threats to the Sea Shepherd legacy.

We invite all Sea Shepherd supporters and entities aligned with our core values to join.

"Find me one whale who disagrees with our actions and I'll promise you we won't do it again." - Cpt. Paul Watson

Take action today:

1. Get to know our original DNA at www.seashepherdorigins.org

2. Are you crew, an onshore volunteer, a supporter? Sign your commitment to Sea Shepherd Origins today and help us defend our values.

3. Have you crewed or worked with a Sea Shepherd entity and have feedback that can help us fix any issues. Get in touch at report@seashepherdorigins.org (you will remain anonymous).

Join the fight to defend Sea Shepherd's legacy and allow us to continue to be relentless in our defence of ocean wildlife. Join with Paul Watson and the coalition @SeaShepherdOrigins

#DefendOurOrigins #NoRebranding #ForSeaShepherdOrigins #ForTheOcean

@SeaShepherdOrigins
@SeaShepherdFrance
@SeaShepherdUK
@SeaShepherdBrasil
@CaptainPaulWatsonFoundation

294 6 comments 83 shares

Like Comment Share

Most relevant

Write a comment...

Top fan
**Mik Heslin**
As someone who, 'said what others didn't dare say' on behalf of The Sea Shepherd Fund in Trafalgar Square in 1982, I am so happy and relieved to see the Sea Shepherd name going into the future being true to the original mission. Long may it do so!
Like Reply 3d

View 3 more comments

**Sea Shepherd UK** ✔
3d · 🌐

After Sea Shepherd UK added 'Spectre' to our fleet, we offered the use of RIB 'Shadow' to work alongside our partner charity Fathoms Free's existing boat 'Casper'.
This year Fathoms Free have carried out 10 ghost gear recoveries from the sea around Cornwall and we are extremely proud to be part of a collaboration that grew into the 'UK Ghost Gear Coalition' of which we are both founding members.
Both Fathoms Free and Sea Shepherd UK share the same passion for protecting the ocean and conserving marine wildlife.

#fathomsfree #seashepherduk #ghostnetcampaign #ukghostgearcoalition #conservationinaction



**Fathoms Free** is with Sea Shepherd UK.

It all began in 2017 when we first worked together to recover ghost gear in Cornwall. A year later, Sea Shepherd UK launched their Ghostnet Campaign, and since ... **See more**

👍❤️ 181                                    4 comments 11 shares

👍 Like          💬 Comment          ↪ Share          😊 ▾

Most relevant ▾

⬤ Write a comment...                       🖼️ 📷 😊 🎬 📷

**Richard Harris**
The fishing industry should be made reasonable the nets should be tagged, with the boat name or number. Unbelievable it is there lively hood too 😡
Like   Reply   2d

View 1 more comment

**Sea Shepherd UK** is in Reykjavík, Iceland.
3d · 🌐

Icelandic Whaling Update:
Kristján Loftsson's harpoon ships are having repairs carried out and a major re-paint at Reykjavík harbour.
During this year's whaling season both Hvalur 8 and Hvalur 9 were showing deterioration with paintwork flaking and rust appearing - and Hvalur 8 (shown in these photos taken yesterday evening by Sea Shepherd Iceland) also broke down with engine issues.
We are at this time assuming that Hvalur hf (the whaling company) does intend to go whaling a...
**See more**



170 25 comments 28 shares

Like Comment Share

Most relevant

Write a comment...

**Kerim Schaber**
Bring back Paul!
Like Reply 1d

Author
**Sea Shepherd UK**
**Kerim Schaber** - Paul is with Sea Shepherd UK & Sea Shepherd Origins
3
Like Reply 1d

View 10 more comments

**Sea Shepherd UK** created an **event**.
4d

SUN, DEC 18 AT 5 AM EST
**SSUK Porthcawl Beach Clean**
Grow & Grind Coffee Shack
2 people going

Interested

15 1 comment

Like Comment Share

All comments

**Paul EssDee**
Aaaarrrrggggghhhhh - have got stuff in the diary that cannot be rearranged for Sunday
If anything arranged for the New year in Barry/Penarth area please let me know
Like Reply 3d Edited

Write a comment...

Sea Shepherd UK created an event
4d ·

SUN, JAN 1, 2023 AT 9 AM EST
**SSUK Bournemouth Beach Clean**
Bournemouth, United Kingdom
11 people interested

Interested

21 · 7 comments

Like · Comment · Share

Most relevant

Write a comment...

Donna Michelle
**Danni Cali** here's the next date x
Like · Reply · 3d
Danni Cali replied · 3 Replies

Most Relevant is selected, so some comments may have been filtered out.

Sea Shepherd UK is at Cheese and Grain.
6d · Frome, United Kingdom ·

Join Sea Shepherd this Sunday for Frome's plant-based Christmas fair!

Whether you live a plant-based lifestyle or you're interested in why plant-based living has become so popular, Frome Vegan Fair has a line up of traders ranging from food, drink, cruelty free cosmetics through to clothing, gifts and accessories. Pick up some tips on making your own delicious recipes and hear a few words from our Ghostnet Campaign Diver, Luke Bullus on why plant-based living is a positive m... **See more**

70 · 8 shares

Like · Comment · Share

Most relevant

Write a comment...





**Sea Shepherd UK** is at Faroe Islands, Denmark.
4d

We are proud to bring together such a variety of skilled, passionate, intelligent and caring human beings, and work hard to give them the best opportunities we can create, to protect our ocean and marine wildlife.

"Every individual who dedicates their time and energy to greater protect small cetaceans migrating in the waters around the Faroe islands are indispensable to Sea Shepherd UK.

We know that the true success of our campaigns and activism is because of our active vol... See more

321        20 comments 52 shares

👍 Like        💬 Comment        ↪ Share

Most relevant ▾

Write a comment...

**Karen Allen**
Thank you for everything you do. It can't be easy bearing witness to the barbaric acts in the Faroes. 😢😢💙💙💙
Like   Reply   6d

View 10 more comments

**Sea Shepherd UK** ✔
December 9 at 12:13 PM

Concern has been expressed about acoustic deterrent technology being deployed via a water scooter (Jet Ski) in a bid to keep seals from salmon on a river.

The new method, aimed at protecting spawning salmon, is being trialed on the River Dee in Aberdeenshire by the Dee District Salmon Fishery Board which hopes it will help combat falling salmon numbers.

Lee Watson of Ythan Seal Watch & Sea Shepherd UK said there were fears water scooters could panic the seals... See more

**BBC NEWS**

BBC.COM
**Water scooter startle device used to deter seals from salmon**
Some fears are expressed about acoustic startle technology being deployed on the watercraft.

33        5 comments 7 shares

👍 Like        💬 Comment        ↪ Share

Most relevant ▾

Write a comment...

**Gareth Littlewood**
All for man's greed! What's the seal supposed to eat a Big Mac! 🙄
Like   Reply   3d

View 1 more comment





**Sea Shepherd UK**
December 5 at 6:15 PM ·

To make way for new designs in 2023, we're having a huge sale! We've knocked 30% off everything in the store and you don't even need a discount code. The discount will automatically be applied at the checkout.

Now is the perfect time to treat your loved ones (or yourself!) to a fantastic present for the holidays. To visit our store, click here: https://seashepherduktrading.org/

101 · 25 comments 36 shares

Like · Comment · Share

Most relevant

Write a comment...

**Stephen Michael**
Does the UK store support the Sea Shepherd USA organization that banished our dear Captain Paul?
Like · Reply · 1w · Edited

Most Relevant is selected, so some replies may have been filtered out.

Author
**Sea Shepherd UK**
**Stephen Michael** hopefully this helps you understand where we stand.
https://www.seashepherd.org.uk/.../sea-shepherd-origins...

SEASHEPHERD.ORG.UK
Sea Shepherd UK - Sea Shepherd Origins is a response to an internal enemy

Like · Reply · 2d

View 1 more reply

View 4 more comments

**Sea Shepherd UK**
December 5 at 5:40 AM ·

Whitburn Beach Clean - 04.12.22
Report by Senior Volunteer Iain Rowan

A cold and squally morning was no deterrent to our six volunteers (including two newly inducted volunteers) and five members of the public who took twelve bags of debris off Whitburn beach. Alongside were a smashed-up lobster pot, rope, lots of fireworks, dog poo bags (both full and empty), fishing line and floats (and a dead fish, tangled round in plastic).

A... See more

194 · 6 comments 14 shares

Like · Comment · Share

Most relevant

Write a comment...

**Mark Newsome**
Brilliant work, well done to all.
Like  Reply  1w

View 1 more comment

**Sea Shepherd UK**
December 2 at 3:26 PM

Today is the Birthday of Captain Paul Watson, founder of Sea Shepherd and Sea Shepherd UK.

Paul brought Sea Shepherd to the UK in 1983 and has since been an incredible driving force and support in his role as President, inspiring activists and the public to act, to protect wildlife, to defend the ocean and conserve life in our seas for generations to come.

A word from our friends @seashepherdbrasil "I am honoured to work side by side with Captain Paul Watson, and others who will build what Sea Shepherd now represents. Paul Watson's Sea Shepherd is a timeless movement: it continues as necessary today as it did in 1977.

Captain Paul Watson inspires all of us who work at Sea Shepherd: volunteers, veterans, supporters. I am honoured to be able to speak on behalf of this group of people and movement similar to the ocean that our motivation at Sea Shepherd is for continuing to fight for the ocean with the tools that Paul Watson defined since 1977, and what are the tools that the ocean needs most now: the daring and original determination of Sea Shepherd to protect marine life, its independence, its passion, its relentless mission by the ocean." Executive Director, Nathalie Gil

Congratulations, Captain!

#PaulWatson #TODWD #IfTheOceanDiesWeDie
@captainpaulwatson

762                                   161 comments 59 shares

👍 Like         💬 Comment         ↪ Share

Most relevant ▾

Write a comment...

**Julia Sent**
Happy Birthday to a real life superhero ❤
Like  Reply  1w                          2

View more comments                          1 of 94





**Sea Shepherd UK** created an **event**
November 29 at 5:21 AM

SAT, DEC 10
**SSUK Perranporth Beach Clean**
Perranporth, United Kingdom
15 people interested

Interested

16 · 3 comments

Like · Comment · Share

Most relevant

Write a comment...

**Pia Schnell**
❤️
Like · Reply · 1w

Most Relevant is selected, so some comments may have been filtered out.

**Sea Shepherd UK**
November 26 at 4:02 AM

Fourth Element + Sea Shepherd

An exciting new collection to build awareness around the Blue Friday sales, inspired by a joint mission for conscious consumerism to protect the world's ocean. T-shirts for ocean lovers and protectors, with 15% of every sale going to the Sea Shepherd fund to help continue to drive our conservation work both here and globally.

"For the sake of our planet, it's imperative that we turn away from wasteful consumerism. We believe in designing produ... **See more**

72 · 8 comments 5 shares

Like · Comment · Share

Most relevant

Write a comment...

Top fan
**Michael Turner**
Are these made in the country of sale? My SS hoodies are made in India. Hardly environmentally friendly shipping them half way around the world!!
Like · Reply · 2w · 2

5 Replies

Most Relevant is selected, so some comments may have been filtered out.

**Sea Shepherd UK**
November 21 at 4:29 AM

Ballyfrench Beach Clean & Net Removal - 20.11.22
Report by N.Ireland Regional Coordinator Catherine Jamison

Another beach clean at Ballyfrench and another mountain of rubbish!

P... See more

138 · 5 comments 14 shares

Like · Comment · Share

Most relevant

Write a comment...

**Shaz N Dai James**
Great job x
Like Reply 3w

View 2 more comments

**Sea Shepherd UK**
November 15

Roker Beach Clean - 13.11.22
Report by volunteer Tracy Rowan

Five volunteers including newly inducted Daniel, were joined by a couple of members of the public at Roker beach.

A... See more

178 · 2 comments 4 shares

Like · Comment · Share

Most relevant

Page 14
Sea Shepherd UK | Facebook
https://www.facebook.com/SeaShepherdUK



Write a comment...

**Joan Boyl**
The earth looks like a Mess thanks a million 👏👏👏

Like  Reply  4w

Most Relevant is selected so some comments may have been filtered out.

**Sea Shepherd UK** ✓
November 15 · ⓖ

🔴 Whitstable Beach Clean - 11.11.22
🗒 Report by volunteer Mandie Pierce

Unseasonably warm day for the beach clean at Whitstable which was a corporate day for members of the Highways Department at Kent County Council. There was a total of 13 of us so a very good turn out.

A... See more

+5

😊❤ 183                                    2 comments  9 shares

👍 Like          💬 Comment          ↪ Share

Most relevant ▾

Write a comment...

**Iain Rowan**
Great work everybody.          ...

Like  Reply  4w

Most Relevant is selected, so some comments may have been filtered out.

**Sea Shepherd UK** ✓
November 15 · ⓖ

A short film from our Danish crewmember Frederik Brogaard documenting the processing of fin whales on Operation Northern Exposure with @seashepherduk this summer.
https://www.instagram.com/tv/Ck9HHDavWoY/...
——— words and film by @frederikbrogaard.

Hvalur hf, run by Kristjan Loftsson, is responsible for over 148 unnecessary deaths of vulnerable fin whales this season (excluding multiple unborn foetuses documented).... See more



INSTAGRAM

A short film documenting the processing of fin whales from Operation Northern Exposure with @seashepherduk. ——— words and film by @frederikbrogaard...

158     15 comments

👍 Like    💬 Comment

Most relevant ▼

Write a comment...

Top fan
**Millie Salcombe**
Is there a reason this can't be shared?
Like   Reply   4w
↳ 2 Replies

View 4 more comments

**Sea Shepherd UK** ●
November 14 · ⊙

⚓ Southbourne Beach Clean - 09.11.22
📋 Report by volunteer Dan Graham

On Wednesday 9th November, I supervised and took out students and teachers from Ilford Academy School, in Bournemouth. We met at Southbourne beach. Our session time was 0945-1145 with a total number of 20 participants. The weather conditions consisted of wind speeds up to 30mph hitting us directly from SW but that didn't stop us. It was mostly a dry affair but we did have spots of rain at the end of our tim... See more

**Sea Shepherd UK**     📩 Send message
Environmental Conservation Organization

182     15 comments 8 shares

👍 Like    💬 Comment    ↪ Share

Most relevant ▼

Write a comment...

**Amanda Fox**
Well done. I love beach cleaning 🏖️
Like   Reply   4w

View 9 more comments





**Sea Shepherd UK** is at **Porthcawl Beach**
November 12 · Pontypridd, United Kingdom ·

Volunteers in Sunderland will be on Roker Beach tomorrow at 10AM ‼ We'll be cleaning up marine debris, including plastic pollution to protect wildlife, the ocean and waterways.

Never been to a beach clean before... it's a great activity for everyone and easy to get involved:

www.seashepherd.org.uk/events/future-events.html... **See more**

79 · 1 comment 10 shares

Like · Comment · Share

Most relevant

Write a comment...

**Pia Schnell**

Like · Reply · 1w

**Sea Shepherd UK**
November 11

Well done to our volunteers in Northern Ireland. Seems our team are going to be busy at Ballyfrench Beach!

**Sea Shepherd Northern Ireland**
November 11

Working together with Lara from Ards Canal Path Project and Pete from Ballyhalbert Community Group, we returned to Ballyfrench beach today, to look for a ghost ... **See more**

145 · 3 comments 5 shares

Like · Comment · Share

Most relevant

Write a comment...

**Veronica Sanderson Element**
Absolutely frightening. But thank you for what you do and making people aware of this.

Like · Reply · 4w

Most Relevant is selected, so some comments may have been filtered out.

**Sea Shepherd UK**
November 9 ·

Porthcawl Beach Clean - 06.11.22
Report by SSUK Volunteer Elkz

Today I don't know what to write...I'm trying to stay positive but sometimes it's just so difficult when you witness the careless results of our behavior.

T... See more

190 · 26 comments 30 shares

Like · Comment · Share

Most relevant

Write a comment...

**Marion Kitchener**
It must be sole destroying. Thank you, If I lived nearer I would join you x
Like · Reply · 5w

View 14 more comments

**Sea Shepherd UK**
November 4 ·

Porthcawl Beach Clean - 30.10.22
Report by SSUK volunteer Elkz

After a deluge at the start, we basked in the setting sun on a glorious night in Porthcawl.

T... See more

**Page 1**
**Sea Shepherd UK | Facebook**
**https://www.facebook.com/SeaShepherdUK**

Search Facebook

**Sea Shepherd UK**

**Intro**

Sea Shepherd UK
read more at:
seashepherd.org.uk
seashepherdorigins.org
seashepherduk.myportfolio.com

**Page** · Environmental Conservation Organization
27 Old Gloucester Street
+44 300 111 0501
admin@seashepherduk.org
seashepherduk
SEASHEPHERDUK
seashepherd_uk
11931261
seashepherd.org.uk
Add diversity info

**Posts** Filters

**Sea Shepherd UK** updated their cover photo.
22h ·

'Sea Shepherd Origins' is a new entity to reinforce the original values and purpose of Sea Shepherd.
Established to free Sea Shepherd entities from 'rebranding' and growing restrictions on our trademark campaign style. Sea Shepherd Origins has been created by Paul Watson and several Sea Shepherd leaders specifically for Sea Shepherd entities, crew and volunteers around the world who stand fast for Sea Shepherd.

Sea Shepherd Origins has set up a clear ethics chart, with unbreakable values, clearly defining its rules and mission. The Sea Shepherd entities who join must pledge that they align with the core values and mission statement as founded by Paul Watson, therefore protecting Sea Shepherd for the future.
Read more about Sea Shepherd Origins at www.seashepherdorigins.org

191 · 2 comments 23 shares

Like · Comment · Share

Most relevant









Search Facebook

Sea Shepherd UK

+2 Collaborations · +2 Who we are · +2 Origins

**Photos** See all photos

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2022

**Sea Shepherd UK**
2d

Sea Shepherd Origins is a response to an internal enemy.
- Commentary by Captain Paul Watson
https://bit.ly/3FlsOg6
We have always been a non-governmental organization.
We have always been independent and incorruptible.
This is what we have been since 1977 - and this is what we intend to stay.
Sea Shepherd Origins does not replace Sea Shepherd.
Sea Shepherd Origins IS Sea Shepherd.
NO REBRANDING: WE WILL NOT CHANGE.
#seashepherdorigins #CaptainPaulWatson #IfTheOceanDiesWeDie

SEASHEPHERD.ORG.UK
**Sea Shepherd UK - Sea Shepherd Origins is a response to an internal enemy**
Commentary by Captain Paul Watson Sea Shepherds Are Saying NO to Rebranding Captain P...

**Captured by FireShot Pro: 16 December 2022, 12:59:57**
**https://getfireshot.com**

Search Facebook

Sea Shepherd UK

Collaborations
Who we are
Origins

**Photos** See all photos

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2022

**Sea Shepherd UK**
3d ·

Sea Shepherd Leaders and Paul Watson come together for the ocean
#pressrelease at: https://bit.ly/3j2kNFv

Our founder Captain Paul Watson, together with several Sea Shepherd leaders launch 'Sea Shepherd Origins' - an entity dedicated to defending the core values of Sea Shepherd as a frontline, determined, fully independent marine conservation movement as it was founded in 1977.

Sea Shepherd Origins #seashepherdorigins #CaptainPaulWatson #seashepherduk #SeaShepherdFrance #SeaShepherdBrasil

SEASHEPHERD.ORG.UK
**Sea Shepherd UK - Sea Shepherd Leaders and Paul Watson come together for the ocean**

Page 1
Sea Shepherd UK | Facebook
https://www.facebook.com/SeaShepherdUK



Sea Shepherd was founded as a frontline, uncompromising, fully independent, direct action marine conservation movement to defend and conserve marine ecosystems and species. Sea Shepherd UK remains strongly aligned with this original mission, which is why we're partnering with 'Sea Shepherd Origins' - an essential non-violent, action movement for our clients - marine wildlife.

To protect the Sea Shepherd movement, Sea Shepherd UK is proud to join Sea Shepherd France and Sea Shepherd Brazil - together with Captain Paul Watson Foundation and other committed Sea Shepherd entities to launch Sea Shepherd Origins - a coalition created by our founder Paul Watson and Sea Shepherd leaders, for Sea Shepherd entities, crew and volunteers who stand fast against threats to the Sea Shepherd legacy.

We invite all Sea Shepherd supporters and entities aligned with our core values to join.

"Find me one whale who disagrees with our actions and I'll promise you we won't do it again." - Cpt. Paul Watson

Take action today:

1. Get to know our original DNA at www.seashepherdorigins.org

2. Are you crew, an onshore volunteer, a supporter? Sign your commitment to Sea Shepherd Origins today and help us defend our values.

3. Have you crewed or worked with a Sea Shepherd entity and have feedback that can help us fix any issues. Get in touch at report@seashepherdorigins.org (you will remain anonymous).

Join the fight to defend Sea Shepherd's legacy and allow us to continue to be relentless in our defence of ocean wildlife. Join with Paul Watson and the coalition @SeaShepherdOrigins

#DefendOurOrigins #NoRebranding #ForSeaShepherdOrigins #ForTheOcean

@SeaShepherdOrigins
@SeaShepherdFrance

Captured by FireShot Pro: 16 December 2022, 13:02:22
https://getfireshot.com

Page 1
Sea Shepherd UK | Facebook
https://www.facebook.com/SeaShepherdUK







Search Facebook

Sea Shepherd Brasil

Shop on Website | Like | Message

**Photos** See all

**Videos** See all

Reserve uns minutinhos do seu dia para ver esse valioso ...

16

55 views · 4 weeks ago

**Page transparency** See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created · October 9, 2011

Page manager location: Brazil

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2022

Sea Shepherd Brasil
4d

Learn more about the partnership between Sea Shepherd Brasil and Sea Shepherd Origins here:

https://seashepherd.org.br/lancamento-sea-shepherd-origins/

#defendanossasorigens #defendourorigins #seashepherd

See original · Rate this translation

SEASHEPHERD.ORG.BR

**SEA SHEPHERD E PAUL WATSON LUTAM CONTRA INIMIGO INTERNO PARA DEFENDER SEU LEGADO Sea Shepherd Brasil**

45 · 5 shares

Like · Comment · Share

Write a comment...

Sea Shepherd Brasil
December

Sea Shepherd Brasil remains strongly aligned with the original mission set out by Paul Watson in 1977. That's why we're partnering with Sea Shepherd Origins, an entity that is created to be one more of our non-violent intelligent action plans to respond to yet another threat to the ocean.

Yes, Sea Shepherd is under attack, and the enemy is now coming from within. The recent board of directors for Sea Shepherd USA (known as Sea Shepherd Conservation Society) is moving away from our original mission, and threatening our core values. Sea Shepherd Origins arrives to turn the tables around.

Sea Shepherd Origins was created by organization leaders around the world who firmly defend the decades-old legacy created by Sea Shepherd, and Sea Shepherd Brazil is one of them.

Together with Sea Shepherd France, Sea Shepherd UK and others, and together with the Captain Paul Watson Foundation, founded this year in the US, we are now part of this movement strengthened by the ocean.

As a first step, Sea Shepherd Origins invites all Sea Shepherd supporters and entities aligned with our core values to participate as well.

Search Facebook

Sea Shepherd Brasil

Shop on Website | Like | Message

**Photos** See all

**Videos** See all

**Reserve uns minutinhos do seu dia para ver esse valioso ...**

16

56 views · 4 weeks ago

**Page transparency** See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - October 9, 2011

Page manager location: Brazil

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2022

Sea Shepherd Brasil
December 13 at 11:01 AM

Sea Shepherd Brasil remains strongly aligned with the original mission set out by Paul Watson in 1977. That's why we're partnering with Sea Shepherd Origins an entity that is created to be one more of our non-violent intelligent action plans to respond to yet another threat to the ocean.

Yes, Sea Shepherd is under attack, and the enemy is now coming from within. The recent board of directors for Sea Shepherd USA (known as Sea Shepherd Conservation Society) is moving away from our original mission, and threatening our core values. Sea Shepherd Origins arrives to turn the tables around.

Sea Shepherd Origins was created by organization leaders around the world who firmly defend the decades-old legacy created by Sea Shepherd, and Sea Shepherd Brasil is one of them.

Together with Sea Shepherd France, Sea Shepherd UK and others and together with the Captain Paul Watson Foundation, founded this year in the US, we are now part of this movement strengthened by the ocean.

As a first step, Sea Shepherd Origins invites all Sea Shepherd supporters and entities aligned with our core values to participate as well.

Help us defend our origins today:

1. Learn more about this inside threat and learn more about Sea Shepherd's essential values at: www.seashepherdorigins.org/home-pt/

2. Are you a supporter, donor, volunteer on the ground, or were you part of an on-board campaign? Sign your pledge to the values of Sea Shepherd Origins today, and help us defend our values.

3. Have you ever volunteered or worked onboard with Sea Shepherd around the world and witnessed behaviors or decisions that betray our core values? Please help us correct them. Contact report@seashepherdorigins.org (you will remain anonymous)

Check it out here: www.seashepherdorigins.org/home-pt/

Join the fight to defend the legacy of Sea Shepherd, and allow us to continue to fight tirelessly for the ocean.
#DefendOurOrigins #NoRebranding #ForTheOcean #DefendaNossasOrigens

Sea Shepherd Origins
Sea Shepherd Brasil
Sea Shepherd France
Sea Shepherd UK
Captain Paul Watson

See original · Rate this translation

Page 1
Sea Shepherd Brasil | Facebook
https://www.facebook.com/seashepherdbrasil



Page 1
Sea Shepherd Brasil | Facebook
https://www.facebook.com/seashepherdbrasil

