# SCHEDULE A

## SCHEDULE A

### Sea Shepherd Conservation Society
### U.S. Trademark and Service Mark Registrations

| Trademark | Goods/Services | Reg. No. | Reg. Date |
|---|---|---|---|
| SEA SHEPHERD | 25: clothing, namely, shirts, caps | 2,050,859 | 4/8/1997 |
| SEA SHEPHERD | 42: research and consultation services in the field of marine wild life conservation; and promoting the public awareness of the need for marine wildlife conservation | 2,085,489 | 8/5/1997 |
| SEA SHEPHERD | 16: printed materials, namely, newsletters, magazines, and catalogues featuring information on marine life conservation and bumper stickers | 2,035,523 | 2/4/1997 |
| SEA SHEPHERD and design | 14 Jewelry, namely, necklaces, bracelets, earrings, and charms<br><br>16: Printed materials, namely, newsletters, magazines, and catalogues featuring information on marine life conservation; bumper stickers, stickers, notecards<br><br>21: Metal water bottles sold empty<br><br>24: Banner and flags of textile, fabric, and cloth<br><br>25: Clothing, namely, shirts, ball caps, hats, and sweat shirts<br><br>26: Ornamental patches for clothing<br><br>28: Surfboards<br><br>35: Promoting the public awareness of the need for environmental preservation, namely, the protection of marine animals, the protection of endangered species of marine life; and promoting the public awareness of the need for marine wildlife conservation<br><br>41: Educational services, namely, arranging and conducting of educational congresses, seminars, educational performances in the nature of live readings, and educational exhibitions all dealing with the environment and environmental issues; news reporting services, namely, providing current news content through photographic, film and video reports; providing of training, namely, summer courses and programs for college students in the field of environmental awareness and protection and course materials distributed | 4,011,375 | 8/16/2011 |

| Trademark | Goods/Services | Reg. No. | Reg. Date |
|---|---|---|---|
| | therewith in the nature of books, newspapers, magazines, CD-ROM's, video-films and other publications all dealing with environmental issues<br><br>42: Scientific research in the field of marine wild life conservation and consultation in the field of scientific research pertaining to marine wild life conservation | | |
| SEA SHEPHERD CONSERVATION SOCIETY and design | 25: clothing, namely, shirts, caps | 2,050,858 | 4/8/1997 |
| SEA SHEPHERD CONSERVATION SOCIETY and design | 16: printed materials, namely, newsletters, magazines, and catalogues featuring information on marine life conservation and bumper stickers | 2,035,524 | 2/4/1997 |
| SEA SHEPHERD CONSERVATION SOCIETY and design | 42: research and consultation services in the field of marine wild life conservation; and promoting the public awareness of the need for marine wildlife conservation | 2,092,665 | 9/2/1997 |
| CONSERVATION IN ACTION | 25: clothing, namely, shirts, T-shirts | 2,206,341 | 12/1/1998 |

2

## Sea Shepherd Conservation Society
## U.S. Trademark and Service Mark Applications

| Trademark | Goods/Services | App. No | App. Date |
|---|---|---|---|
| Sea Shepherd (Stylized) **SEA SHEPHERD** | 3: non-medicated vegan soaps and body wash, non-medicated vegan sunscreens, non-medicated vegan body lotions | 97/069,143 | 10/11/2021 |
| Sea Shepherd (Stylized) **SEA SHEPHERD** | 9: sunglasses; snorkels, regulators for scuba diving, weight belts for scuba diving, buoyancy control devices for scuba diving, air tanks for scuba diving and masks for scuba diving, freediving and snorkeling, all of the foregoing made from post-consumer recycled content (PCR) and abandoned, lost or otherwise discarded fishing gear (ALDFG) | 97/069,161 | 10/11/2021 |
| Sea Shepherd (Stylized) **SEA SHEPHERD** | 12: kayaks, canoes and kayak-like boats; all of the foregoing made from post-consumer recycled content (PCR) and abandoned, lost or otherwise discarded fishing gear (ALDFG) | 97/069,165 | 10/11/2021 |
| Sea Shepherd (Stylized) **SEA SHEPHERD** | 16: stickers, printed cook books, printed children's books, printed non-fiction books in the field of marine wildlife conservation; printed materials, namely, newsletters, magazines, and catalogues featuring information on marine life conservation; bumper stickers; printed note cards | 97/069,169 | 10/11/2021 |
| Sea Shepherd (Stylized) **SEA SHEPHERD** | 18: tote bags, backpacks, dog collars, dog leads and leashes, fanny packs | 97/069,170 | 10/11/2021 |
| Sea Shepherd (Stylized) **SEA SHEPHERD** | 21: metal water bottles sold empty; tumblers for use as drinking glasses | 97/069,173 | 10/11/2021 |
| Sea Shepherd (Stylized) **SEA SHEPHERD** | 22: sails for windsurfing made from post-consumer recycled content (PCR) and abandoned, lost or otherwise discarded fishing gear (ALDFG) | 97/069,177 | 10/11/2021 |
| Sea Shepherd (Stylized) **SEA SHEPHERD** | 25: clothing, namely, shirts, t-shirts, hats, baseball caps, beanies, hooded sweatshirts, sweatshirts, bandanas, polo shirts, long sleeve shirts, tank tops, windbreakers, jackets as clothing, rash guards, one piece outfits for infants and babies, sweatpants, shoes, shorts, sweaters, bathing suits, socks, wetsuits | 97/069,179 | 10/11/2021 |
| Sea Shepherd (Stylized) **SEA SHEPHERD** | 28: surfboards, stand up paddleboards, bodyboards, windsurfing boards, kitesurfing boards, fins for scuba diving, freediving and snorkeling, wakeboards; all of the foregoing made from post-consumer recycled content (PCR) and abandoned, lost or otherwise discarded fishing gear (ALDFG) | 97/069,180 | 10/11/2021 |

3

| Trademark | Goods/Services | App. No | App. Date |
|---|---|---|---|
| Sea Shepherd (Stylized) **SEA SHEPHERD** | 32: beer, mineral and aerated waters, lemonades | 97/069,183 | 10/11/2021 |
| Sea Shepherd (Stylized) **SEA SHEPHERD** | 33: distilled spirits; spirits and liqueurs; gin; whisky; tequila; rum | 97/069,185 | 10/11/2021 |
| Sea Shepherd (Stylized) **SEA SHEPHERD** | 41: educational services, namely, arranging and conducting of educational congresses, seminars, educational performances in the nature of live readings, and educational exhibitions all dealing with the environment and environmental issues; news reporting services, namely, providing current news content through photographic, film and video reports; providing of training, namely, summer courses and programs for college students in the field of environmental awareness and protection and course materials distributed therewith in the nature of books, newspapers, magazines, CD-ROM's, flash drives, video-films and other publications all dealing with environmental issues; providing online non-downloadable videos in the field of marine wildlife conservation; production of videos in the field of marine wildlife conservation; providing a website featuring non-downloadable videos in the field of marine wildlife conservation | 97/069,187 | 10/11/2021 |
| Sea Shepherd (Stylized) **SEA SHEPHERD** | 42: research and consultation services in the field of marine wildlife conservation; and promoting the public awareness of the need for marine wildlife conservation; Scientific research in the field of marine wild life conservation and consultation in the field of scientific research pertaining to marine wild life conservation; providing a website featuring information in the field of marine wildlife conservation | 97/069,188 | 10/14/2021 |
| Sea Shepherd (Stylized) **SEA SHEPHERD** | 45: providing intelligence, information and assistance to local, state, federal and international law enforcement agencies to combat illegal fishing | 97074056 | 10/14/2021 |
| Sea Shepherd Conservation Society Logo | 25: clothing, namely, t-shirts, hats, beanies, hooded sweatshirts, sweatshirts, bandanas, polo shirts, long sleeve shirts, tank tops, windbreakers, jackets as clothing, rash guards, one piece outfits for infants and babies, sweatpants, shoes, shorts, sweaters, bathing suits, socks, wetsuits | 97/069,138 | 10/11/2021 |
| Sea Shepherd Jolly Roger Logo | 3: non-medicated vegan soaps and body wash, non-medicated vegan sunscreens, non-medicated vegan body lotions | 97/062,422 | 10/6/2021 |

4

| Trademark | Goods/Services | App. No | App. Date |
|---|---|---|---|
| Sea Shepherd Jolly Roger Logo | | | |
| Sea Shepherd Jolly Roger Logo | 9: sunglasses; snorkels, regulators for scuba diving, weight belts for scuba diving, buoyancy control devices for scuba diving, air tanks for scuba diving and masks for scuba diving, freediving and snorkeling, all of the foregoing made from post-consumer recycled content (PCR) and abandoned, lost or otherwise discarded fishing gear (ALDFG) | 97/061,875 | 10/6/2021 |
| Sea Shepherd Jolly Roger Logo | 12: kayaks, canoes and kayak-like boats; all of the foregoing made from post-consumer recycled content (PCR) and abandoned, lost or otherwise discarded fishing gear (ALDFG) | 97/062,011 | 10/6/2021 |
| Sea Shepherd Jolly Roger Logo | 16: printed cook books, printed children's books, printed non-fiction books in the field of marine wildlife conservation | 97/062,013 | 10/6/2021 |
| Sea Shepherd Jolly Roger Logo | 18: tote bags, backpacks, dog collars, dog leads and leashes, fanny packs | 97/062,417 | 10/6/2021 |
| Sea Shepherd Jolly Roger Logo | 21: tumblers for use as drinking glasses | 97/062,030 | 10/6/2021 |
| Sea Shepherd Jolly Roger Logo | 22: sails for windsurfing made from post-consumer recycled content (PCR) and abandoned, lost or otherwise discarded fishing gear (ALDFG) | 97/062,038 | 10/6/2021 |
| Sea Shepherd Jolly Roger Logo | 25: clothing, namely, t-shirts, beanies, hooded sweatshirts, bandanas, polo shirts, long sleeve shirts, tank tops, windbreakers, jackets as clothing, rash guards, one piece outfits for infants and babies, sweatpants, shoes, shorts, sweaters, bathing suits, socks, wetsuits | 97/062,042 | 10/6/2021 |

5

| Trademark | Goods/Services | App. No | App. Date |
|---|---|---|---|
| Sea Shepherd Jolly Roger Logo | 28: stand up paddleboards, bodyboards, windsurfing boards, kitesurfing boards, fins for scuba diving, freediving and snorkeling, wakeboards; all of the foregoing made from post-consumer recycled content (PCR) and abandoned, lost or otherwise discarded fishing gear (ALDFG) | 97/062,051 | 10/6/2021 |
| Sea Shepherd Jolly Roger Logo | 32: beer, mineral and aerated waters, lemonades | 97/062,057 | 10/6/2021 |
| Sea Shepherd Jolly Roger Logo | 33: distilled spirits; spirits and liqueurs; gin; whisky; tequila; rum | 97/062,062 | 10/6/2021 |
| Sea Shepherd Jolly Roger Logo | 41: providing online non-downloadable videos in the field of marine wildlife conservation; production of videos in the field of marine wildlife conservation; providing a website featuring non-downloadable videos in the field of marine wildlife conservation | 97/062,007 | 10/6/2021 |
| Sea Shepherd Jolly Roger Logo | 41: research and consultation services in the field of marine wildlife conservation; and promoting the public awareness of the need for marine wildlife conservation; providing a website featuring information in the field of marine wildlife conservation | 97/062,003 | 10/6/2021 |
| Sea Shepherd Jolly Roger Logo | 45: providing intelligence, information and assistance to local, state, federal and international law enforcement agencies to combat illegal fishing | 97/061,980 | 10/6/2021 |
| SEA SHEPHERD LEGAL | 45: Legal services; consultancy and legal services in the field of international environmental regulations conventions | 97/333,300 | 3/28/2022 |
| Sea Shepherd Whale Logo | 3: non-medicated vegan soaps and body wash, non-medicated vegan sunscreens, non-medicated vegan body lotions | 97/069,051 | 10/11/2021 |

6

| Trademark | Goods/Services | App. No | App. Date |
|---|---|---|---|
| Sea Shepherd Whale Logo | 9: sunglasses; snorkels, regulators for scuba diving, weight belts for scuba diving, buoyancy control devices for scuba diving, air tanks for scuba diving and masks for scuba diving, freediving and snorkeling, all of the foregoing made from post-consumer recycled content (PCR) and abandoned, lost or otherwise discarded fishing gear (ALDFG) | 97/069,060 | 10/11/2021 |
| Sea Shepherd Whale Logo | 12: kayaks, canoes and kayak-like boats; all of the foregoing made from post-consumer recycled content (PCR) and abandoned, lost or otherwise discarded fishing gear (ALDFG) | 97/069,065 | 10/11/2021 |
| Sea Shepherd Whale Logo | 16: stickers, printed cook books, printed children's books, printed non-fiction books in the field of marine wildlife conservation; printed materials, namely, newsletters, magazines, and catalogues featuring information on marine life conservation; bumper stickers; printed note cards | 97/069,072 | 10/11/2021 |
| Sea Shepherd Whale Logo | 18: tote bags, backpacks, dog collars, dog leads and leashes, fanny packs | 97/069,079 | 10/11/2021 |
| Sea Shepherd Whale Logo | 21: metal water bottles sold empty; tumblers for use as drinking glasses | 97/069,088 | 10/11/2021 |
| Sea Shepherd Whale Logo | 22: sails for windsurfing made from post-consumer recycled content (PCR) and abandoned, lost or otherwise discarded fishing gear (ALDFG) | 97/069,083 | 10/11/2021 |
| Sea Shepherd Whale Logo | 25: clothing, namely, shirts, t-shirts, hats, baseball caps, beanies, hooded sweatshirts, sweatshirts, bandanas, polo shirts, long sleeve shirts, tank tops, windbreakers, jackets as clothing, rash guards, one piece outfits for infants and babies, sweatpants, shoes, shorts, sweaters, bathing suits, socks, wetsuits | 97/069,085 | 10/11/2021 |
| Sea Shepherd Whale Logo | 28: surfboards, stand up paddleboards, bodyboards, windsurfing boards, kitesurfing boards, fins for scuba diving, freediving and snorkeling, wakeboards; all of the foregoing made from post-consumer recycled content (PCR) and abandoned, lost or otherwise discarded fishing gear (ALDFG) | 97/069,124 | 10/11/2021 |
| Sea Shepherd Whale Logo | 32: beer, mineral and aerated waters, lemonades | 97/069,127 | 10/11/2021 |

| Trademark | Goods/Services | App. No | App. Date |
|---|---|---|---|
| Sea Shepherd Whale Logo | | | |
| Sea Shepherd Whale Logo | 33: distilled spirits; spirits and liqueurs; gin; whisky; tequila; rum | 97/069,129 | 10/11/2021 |
| Sea Shepherd Whale Logo | 41: educational services, namely, arranging and conducting of educational congresses, seminars, educational performances in the nature of live readings, and educational exhibitions all dealing with the environment and environmental issues; news reporting services, namely, providing current news content through photographic, film and video reports; providing of training, namely, summer courses and programs for college students in the field of environmental awareness and protection and course materials distributed therewith in the nature of books, newspapers, magazines, CD-ROM's, flash drives, video-films and other publications all dealing with environmental issues; providing online non-downloadable videos in the field of marine wildlife conservation; production of videos in the field of marine wildlife conservation; providing a website featuring non-downloadable videos in the field of marine wildlife conservation | 97/069,131 | 10/11/2021 |
| Sea Shepherd Whale Logo | 42: research and consultation services in the field of marine wildlife conservation; and promoting the public awareness of the need for marine wildlife conservation; Scientific research in the field of marine wild life conservation and consultation in the field of scientific research pertaining to marine wild life conservation; providing a website featuring information in the field of marine wildlife conservation | 97/069,134 | 10/11/2021 |
| Sea Shepherd Whale Logo | 45: providing intelligence, information and assistance to local, state, federal and international law enforcement agencies to combat illegal fishing | 97/069,135 | 10/11/2021 |

8