IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| SEA SHEPHERD CONSERVATION SOCIETY,<br><br>        Plaintiff,<br><br>   vs.<br><br>PAUL WATSON, CAPTAIN PAUL WATSON FOUNDATION, and SEA SHEPHERD ORIGINS,<br><br>        Defendants. | Case No.: 2:22-cv-00227 |

ORDER

Pursuant to the Stipulation filed by the parties on January 11, 2023 (ECF No. 7) in the above-captioned action, it is hereby ordered that:

1. Defendants shall answer, move or otherwise respond to the Complaint (ECF Doc. No. 1) on or before **February 27, 2023**.

2. Defendants' memorandum in opposition to Plaintiff's Motion for Preliminary Injunction (ECF Doc. No. 2) shall be filed on or before **January 23, 2023**.

3. Plaintiff's reply memorandum in support of its Motion for Preliminary Injunction shall be filed on or before **January 30, 2023**.

**SO ORDERED** on this 11th day of January, 2023:

                                      /s/ William K. Sessions III
                                      HON. WILLIAM K. SESSIONS III
                                      United States District Judge

21812513.1