# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| SEA SHEPHERD CONSERVATION SOCIETY,<br><br>      Plaintiff,<br><br>    v.<br><br>PAUL WATSON, THE CAPTAIN PAUL WATSON FOUNDATION, SEA SHEPHERD ORIGINS,<br><br>      Defendants. | Case No. 2:22-cv-00227-wks |

## DISCLOSURE OF CORPORATE INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Sea Shepherd Conservation Society (a private non-governmental party) hereby certifies that it has no corporate parent, affiliate and/or subsidiary which is publicly held. Additionally, Sea Shepherd Conservation Society has no subsidiary which is not wholly-owned.

Respectfully submitted this 16th day of January, 2023.

                                            By:   /s/ Walter E. Judge, Jr.
                                                   Walter E. Judge, Jr.
                                                   Downs Rachlin Martin PLLC
                                                   Attorneys for Plaintiff
                                                   199 Main Street
                                                   P.O. Box 190
                                                   Burlington, VT  05402
                                                   802-863-2375
                                                   wjudge@drm.com

                                                       - and -

Abigail J. Remore, Esq. (pro hac vice)
Lindsay A. Dischley, Esq. (pro hac vice)
CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, NJ 07052
ajremore@csglaw.com
ldischley@csglaw.com
(973) 325-1500

cc: Israel Dahan, Esq. (IDahan@kslaw.com)
    Matthew B. Byrne, Esq. (mbyrne@gravelshea.com)

21818636.1

DOWNS
RACHLIN
MARTIN PLLC