```
                   UNITED STATES DISTRICT COURT
                             FOR THE
                        DISTRICT OF VERMONT

SEA SHEPHERD CONSERVATION         :
SOCIETY                           :
              Plaintiff,          :
                                  :
         v.                       :     Case No. 2:22-CV-00227
                                  :
PAUL WATSON, CAPTAIN PAUL         :
WATSON FOUNDATION,                :
SEA SHEPHERD ORIGINS              :
                                  :
              Defendants.         :
```

**ORDER**

Plaintiff Sea Shepherd Conservation Society ("Plaintiff" or "SSCS") has moved the Court to set a date for an in-person hearing on Plaintiff's Motion for Preliminary Injunction (ECF Nos. 1-2). Plaintiff filed its Complaint and Motion for a Preliminary Injunction on December 29, 2022. ECF No. 9. Defendants Paul Watson, Captain Paul Watson Foundation ("CPWF"), and Sea Shepherd Origins ("SSO)" opposed the Plaintiff's Motion for a Preliminary Injunction on account of their filing of two threshold motions, a motion to dismiss for lack of jurisdiction (ECF No. 17) and a special motion to strike the complaint (ECF No. 18). The Court agreed with the Defendants on the need to address these threshold issues prior to addressing the merits of the Plaintiff's Motion for a Preliminary Injunction. The Court has since denied the Defendants' Motion to Dismiss and Motion to Strike the Complaint on April 18, 2023. ECF No. 40.

1

An evidentiary hearing on the preliminary injunction motion will be held at 1:30 P.M. on August 14, 2023.

In anticipation of the evidentiary hearing, the Court orders the parties to engage in discovery. On or before May 10, 2023, the parties shall jointly prepare and file a discovery schedule in compliance with Local Rules 26(a)(3) and (4). The parties shall target their initial discovery efforts on evidence necessary at the preliminary injunction hearing.

SO ORDERED.

DATED at Burlington, in the District of Vermont, this 20th day of April, 2023.

/s/ William K. Sessions III<br>
William K. Sessions III<br>
U.S. District Court Judge