**EXHIBIT 3**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| SEA SHEPHERD CONSERVATION SOCIETY,<br><br>  Plaintiff,<br><br>v.<br><br>PAUL WATSON, THE CAPTAIN PAUL WATSON FOUNDATION, SEA SHEPHERD ORIGINS,<br><br>  Defendants. | Case No.: 2:22-cv-00227-WKS |

**STIPULATION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANT WATSON AND DEFENDANT CPWF**

WHEREAS, Plaintiff Sea Shepherd Conservation Society ("SSCS") and Defendant Paul Watson ("Watson") and Defendant The Captain Paul Watson Foundation ("CPWF," and, together with Watson, collectively, the "Watson Defendants") have entered into a settlement agreement with an effective date of September 29, 2023 (the "Settlement Agreement"), settling the dispute giving rise to the above-captioned action between SSCS and the Watson Defendants, pursuant to which agreement SSCS and the Watson Defendants stipulate to the immediate entry of the Consent Judgment and Permanent Injunction attached hereto, without any admission of liability;

WHEREAS, SSCS and the Watson Defendants stipulate and agree that this Court shall retain jurisdiction over this matter for the purposes of enforcing the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994); and

1

WHEREAS, this stipulation and the Consent Judgment and Permanent Injunction do not apply to the third Defendant in the instant matter, Sea Shepherd Origins ("Origins"), which is instead the subject of a Stipulation of Dismissal Without Prejudice filed simultaneously herewith.

NOW THEREFORE, SSCS and the Watson Defendants stipulate and agree to the immediate entry of the Consent Judgment and Permanent Injunction.

SO STIPULATED AND AGREED, this 3rd day of ~~September~~ October, 2023.

By: /s/ *Walter Judge*
Walter E. Judge, Jr.
DOWNS RACHLIN MARTIN PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05402
802-863-2375
wjudge@drm.com

By: /s/
Matthew B. Byrne
GRAVEL & SHEA PC
76 St. Paul Street, 7th Fl.
P. O. Box 369
Burlington, VT 05402
802-658-0220
mbyrne@gravelshea.com

By: /s/ *Abigail J. Remore*
Abigail J. Remore
  *(admitted pro hac vice)*
Lindsay A. Dischley
  *(admitted pro hac vice)*
Adam K. Derman
  *(pro hac vice pending)*
CHIESA SHAHINIAN &
GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
ajremore@csglaw.com
ldischley@csglaw.com
aderman@csglaw.com
973-325-1500
*Attorneys for Plaintiff*

By: /s/
Israel Dahan
  *(admitted pro hac vice)*
Bruce W. Baber
  *(admitted pro hac vice)*
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
idahan@kslaw.com
bbaber@kslaw.com
212-556-2114
*Attorneys for Defendants Paul Watson and The Captain Paul Watson Foundation*

2

*Execution Copy*

WHEREAS, this stipulation and the Consent Judgment and Permanent Injunction do not apply to the third Defendant in the instant matter, Sea Shepherd Origins ("Origins"), which is instead the subject of a Stipulation of Dismissal Without Prejudice filed simultaneously herewith.

NOW THEREFORE, SSCS and the Watson Defendants stipulate and agree to the immediate entry of the Consent Judgment and Permanent Injunction.

SO STIPULATED AND AGREED, this 3rd day of October, 2023.

By: /s/ Walter E. Judge, Jr.
Walter E. Judge, Jr.
DOWNS RACHLIN MARTIN PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05402
802-863-2375
wjudge@drm.com

By: /s/
Matthew B. Byrne
GRAVEL & SHEA PC
76 St. Paul Street, 7th Fl.
P. O. Box 369
Burlington, VT 05402
802-658-0220
mbyrne@gravelshea.com

By: /s/
Abigail J. Remore
 *(admitted pro hac vice)*
Lindsay A. Dischley
 *(admitted pro hac vice)*
Adam K. Derman
 *(pro hac vice pending)*
CHIESA SHAHINIAN &
GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
aremore@csglaw.com
ldischley@csglaw.com
aderman@csglaw.com
973-325-1500
*Attorneys for Plaintiff*

By: /s/
Israel Dahan
 *(admitted pro hac vice)*
Bruce W. Baber
 *(admitted pro hac vice)*
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
idahan@kslaw.com
bbaber@kslaw.com
212-556-2114
*Attorneys for Defendants Paul Watson and The Captain Paul Watson Foundation*

2

WHEREAS, this stipulation and the Consent Judgment and Permanent Injunction do not apply to the third Defendant in the instant matter, Sea Shepherd Origins ("Origins"), which is instead the subject of a Stipulation of Dismissal Without Prejudice filed simultaneously herewith.

NOW THEREFORE, SSCS and the Watson Defendants stipulate and agree to the immediate entry of the Consent Judgment and Permanent Injunction.

SO STIPULATED AND AGREED, this **3rd** day of ~~September~~ **October**, 2023.

By: /s/ Walter E. Judge, Jr.
DOWNS RACHLIN MARTIN PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05402
802-863-2375
wjudge@drm.com

By: /s/ Matthew B. Byrne
GRAVEL & SHEA PC
76 St. Paul Street, 7th Fl.
P. O. Box 369
Burlington, VT 05402
802-658-0220
mbyrne@gravelshea.com

By: /s/ Abigail J. Remore
 *(admitted pro hac vice)*
Lindsay A. Dischley
 *(admitted pro hac vice)*
Adam K. Derman
 *(pro hac vice pending)*
CHIESA SHAHINIAN &
GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
ajremore@csglaw.com
ldischley@csglaw.com
aderman@csglaw.com
973-325-1500
*Attorneys for Plaintiff*

By: /s/ Israel Dahan
 *(admitted pro hac vice)*
Bruce W. Baber
 *(admitted pro hac vice)*
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
idahan@kslaw.com
bbaber@kslaw.com
212-556-2114
*Attorneys for Defendants Paul Watson and The Captain Paul Watson Foundation*

2

*Execution Copy*