**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| SEA SHEPHERD CONSERVATION SOCIETY,<br><br>Plaintiff,<br><br>v.<br><br>PAUL WATSON, THE CAPTAIN PAUL WATSON FOUNDATION, SEA SHEPHERD ORIGINS,<br><br>Defendants. | Case No.: 2:22-cv-00227-WKS |

**STIPULATED MOTION FOR DISMISSAL OF DEFENDANT SEA SHEPHERD ORIGINS WITHOUT PREJUDICE**

Plaintiff Sea Shepherd Conservation Society ("SSCS") having been advised by Defendants Paul Watson ("Watson") and The Captain Paul Watson Foundation ("CPWF") that Sea Shepherd Origins, the French entity named as a defendant in this action, has been dissolved, has ceased to exist, and is no longer engaged in activity of any kind, and SSCS having been provided with documentation confirming the cessation of the existence of Sea Shepherd Origins,

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for SSCS, Watson and CPWF, that Defendant Sea Shepherd Origins is hereby dismissed from the above-captioned action without prejudice and without costs, and that all claims of SSCS against Sea Shepherd Origins be, and they hereby are, dismissed without prejudice.

1

*Execution Copy*
4877-7079-6418.v5

SO STIPULATED AND AGREED, this 3rd day of ~~September~~ October, 2023.

By: /s/ Walter Judge
Walter E. Judge, Jr.
DOWNS RACHLIN MARTIN PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05402
802-863-2375
wjudge@drm.com

By: /s/
Matthew B. Byrne
GRAVEL & SHEA PC
76 St. Paul Street, 7th Fl.
P. O. Box 369
Burlington, VT 05402
802-658-0220
mbyrne@gravelshea.com

By: /s/ Abigail J. Remore
Abigail J. Remore
  (admitted pro hac vice)
Lindsay A. Dischley
  (admitted pro hac vice)
Adam K. Derman
  (pro hac vice pending)
CHIESA SHAHINIAN &
GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
ajremore@csglaw.com
ldischley@csglaw.com
aderman@csglaw.com
973-325-1500
*Attorneys for Plaintiff*

By: /s/
Israel Dahan
  (admitted pro hac vice)
Bruce W. Baber
  (admitted pro hac vice)
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
idahan@kslaw.com
bbaber@kslaw.com
212-556-2114
*Attorneys for Defendants
Paul Watson and The Captain Paul
Watson Foundation*

**ORDER**

**SO ORDERED** on this ___ day of _____, 2023:

_____
HON. WILLIAM K. SESSIONS III
United States District Judge

*Execution Copy*
4877-7079-6418.v5

SO STIPULATED AND AGREED, this 3rd day of ~~September~~ October, 2023

By: *Walter Judge* /s/
Walter E. Judge, Jr.
DOWNS RACHLIN MARTIN PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05402
802-863-2375
wjudge@drm.com

By: /s/
Matthew B. Byrne
GRAVEL & SHEA PC
76 St. Paul Street, 7th Fl.
P. O. Box 369
Burlington, VT 05402
802-658-0220
mbyrne@gravelshea.com

By: /s/
Abigail J. Remore
  *(admitted pro hac vice)*
Lindsay A. Dischley
  *(admitted pro hac vice)*
Adam K. Derman
  *(pro hac vice pending)*
CHIESA SHAHINIAN &
GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
ajremore@csglaw.com
ldischley@csglaw.com
aderman@csglaw.com
973-325-1500
*Attorneys for Plaintiff*

By: /s/
Israel Dahan
  *(admitted pro hac vice)*
Bruce W. Baber
  *(admitted pro hac vice)*
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
idahan@kslaw.com
bbaber@kslaw.com
212-556-2114
*Attorneys for Defendants
Paul Watson and The Captain Paul
Watson Foundation*

**ORDER**

**SO ORDERED** on this __ day of _____, 2023:

_____
HON. WILLIAM K. SESSIONS III
United States District Judge

2

SO STIPULATED AND AGREED, this **3rd** day of ~~September~~ **October**, 2023.

By: *Walter Judge* /s/  
Walter E. Judge, Jr.  
DOWNS RACHLIN MARTIN PLLC  
199 Main Street  
P.O. Box 190  
Burlington, VT 05402  
802-863-2375  
wjudge@drm.com

By: /s/  
Matthew B. Byrne  
GRAVEL & SHEA PC  
76 St. Paul Street, 7th Fl.  
P. O. Box 369  
Burlington, VT 05402  
802-658-0220  
mbyrne@gravelshea.com

By: /s/  
Abigail J. Remore  
  *(admitted pro hac vice)*  
Lindsay A. Dischley  
  *(admitted pro hac vice)*  
Adam K. Derman  
  *(pro hac vice pending)*  
CHIESA SHAHINIAN &  
GIANTOMASI PC  
105 Eisenhower Parkway  
Roseland, NJ 07068  
ajremore@csglaw.com  
ldischley@csglaw.com  
aderman@csglaw.com  
973-325-1500  
*Attorneys for Plaintiff*

By: /s/  
Israel Dahan  
  *(admitted pro hac vice)*  
Bruce W. Baber  
  *(admitted pro hac vice)*  
KING & SPALDING LLP  
1185 Avenue of the Americas  
34th Floor  
New York, NY 10036  
idahan@kslaw.com  
bbaber@kslaw.com  
212-556-2114  
*Attorneys for Defendants  
Paul Watson and The Captain Paul  
Watson Foundation*

**ORDER**

**SO ORDERED** on this **4th** day of **October**, 2023.

*William K. Sessions III*  
HON. WILLIAM K. SESSIONS III  
United States District Judge

2